IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

        Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

        Relief Defendant.

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO RESTRICT PUBLIC ACCESS

Pursuant to D.C.Colo.LCivR 7.2, Plaintiff United States Securities and Exchange Commission ("Commission") moves the Court for an order restricting public access to this matter. The reasons supporting the Commission's motion are outlined in the concurrently filed memorandum in support of this motion.

DATED: February 12, 2015.

                                              Respectfully submitted,

                                              s/Nicholas P. Heinke
                                              Nicholas P. Heinke
                                              Gregory A. Kasper
                                              Attorneys for Plaintiff
                                              U.S. Securities and Exchange Commission
                                              1961 Stout Street, Suite 1700
                                              Denver, CO 80294-1961
                                              (303) 844-1071 (Heinke)
                                              (303) 844-1026 (Kasper)
                                              HeinkeN@sec.gov
                                              KasperG@sec.gov