THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

        Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

        Relief Defendant.

## INFORMATION FOR TEMPORORARY RESTRAINING ORDER

Attorney for Plaintiff:      Nicholas P. Heinke, Esq.
                              Gregory A. Kasper, Esq.
                              United States Securities and Exchange Commission
                              1901 Stout St., Ste. 1700
                              Denver, CO 80294-1961
                              Ph. (303)844-1000
                              Fax No. (303)297-3529
                              E-mail- heinken@sec.gov; kasperg@sec.gov

Attorney for Defendant(s):

Concise Statement as to the type of claim:  SEC civil enforcement action seeking a temporary restraining order, preliminary and permanent injunctions, disgorgement plus prejudgment and postjudgment interest, and civil penalties for violations of the following

federal securities laws in the operation of a Ponzi scheme: Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)]; Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)]; and Rule 10b-5 [17 C.F.R. §240.10b-5].

<u>Jurisdiction (cite statute)</u>: The Court has jurisdiction pursuant to Section 22(a) of the Securities Act [15 U.S.C. § 77v(a)] and Sections 21(d), 21(e), and 27 of the Exchange Act [15 U.S.C. §§ 78u(d) and (e) and 78aa].

<u>Hearing</u>:

Request hearing be set for __**X**__ today __tomorrow _____ within one week.

<u>Reason why immediate action is required</u>: To halt an ongoing securities fraud and prevent dissipation of assets to protect the investing public.

<u>Notice</u>:

Has opposing party and/or attorney been notified?  ___ Yes _X_ No

If "yes" state when

Dated:   February 12, 2015.              Respectfully submitted,

s/Nicholas P. Heinke
Nicholas P. Heinke, Esq.
Gregory A. Kasper, Esq.
U.S. Securities and Exchange Commission
1901 Stout St., Ste. 1700
Denver, CO 80294-1961
Ph. (303)844-1000
Fax No. (303)297-3529
heinken@sec.gov
kasperg@sec.gov