IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

                      Plaintiff,

                      v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

                      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

                      Relief Defendant.

---

## DECLARATION OF CARMEN TAVERAS, PH.D.

---

I, Carmen Taveras, do hereby declare under penalty of perjury, in accordance with 28

U.S.C. § 1746, that the following statements are true and correct, and that I am over the age of 18

years old and am competent to testify to the matters stated herein:

1.      I am a financial economist employed by the Securities and Exchange Commission

("SEC"). I hold a Ph.D. in Economics from the Massachusetts Institute of Technology. A true

and correct copy of my current resume is attached hereto as Exhibit A.

2.      I am familiar with investments and investment strategies. Part of my Ph.D.

research involved analyzing household finance and investment decisions. Prior to my

employment at the SEC, I worked for an economic consulting firm specializing in securities litigation matters. In that role, I worked on approximately 50 matters, all of which involved securities and investments.

3.      As part of my coursework to obtain my Ph.D., I completed a series of advanced courses in mathematics, statistics, and econometrics.  In those courses, I was exposed to many different types of mathematical theories and algorithms.

4.      I am familiar with algorithms and their use in investing and investment decisions. As a general matter, an algorithm is a process by which specified steps are followed to perform a calculation. For example, high-frequency trading firms often use algorithms to inform their investment decisions.

5.      I understand this matter involves claims by The Achieve Community that it uses a "triple algorithm" to generate investment returns.

6.      In my past experience, I have never come across the term "triple algorithm."

7.      I also understand that individuals associated with The Achieve Community described the algorithm involved a "3D" or three dimensional matrix, stating:  "I just saw it in my head. This matrix is 3D, which is why we can't put it on paper."

8.      I have encountered multidimensional matrices in my coursework and work experience. Multidimensional matrices (including 3D matrices) can be described just as any other mathematical concept. Additionally, I am not aware of any situation where the solution to a mathematics problem cannot be explained in writing. In fact, an inability to put the idea on paper would make the solution impossible to use or replicate.

9.      I also understand The Achieve Community stated that for each investment of $50 in The Achieve Community, the investor would receive $400 at the end of six months; thus yielding a 700% return over a 6 month period.

10.      In the investment industry, percentage returns are regularly standardized on an annual basis.  Accordingly, a 700% return over six months would be 6300% on an annual basis.[1]

11.      In my experience, I have never heard of any legitimate investment that can consistently earn a 6300% annualized return.

12.      The description of the "triple algorithm" that I reviewed could not explain the investment returns The Achievement Community offered.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this 11th day of February, 2015.

Carmen Taveras, Ph.D.

---

[1] The 700% semi-annual return is calculated as the ratio of the gain of $350 and the $50 initial investment. If the $400 received after half a year is reinvested, the investor will receive $3200(=$400*(1+700%)) at the end of the year. A gain of $3150 (=$3200-$50) on a $50 investment implies an annualized return of 6300%.

3

**EXHIBIT A**

## CARMEN TAVERAS
(202) 551-4705 ● 100 F St. NE, Room 4835, Washington DC 20549 ● taverasalamc@sec.gov
http://alum.mit.edu/www/ctaveras

---

## EDUCATION

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**      **Cambridge, MA**
Ph.D. in Economics      Sep. 2004-Sep. 2010
Dissertation Title: *"Essays on Entrepreneurship."* Used survey data on the portfolios of U.S. families to study the tightness of borrowing constraints for entrepreneurs.
Fields: Macroeconomics, Computational Economics, Econometrics.

**PONTIFICIA UNIVERSIDAD CATÓLICA**      **Santiago, Chile**
Postgraduate Diploma in Macroeconomics, Highest Honors      June 2002-July 2004

**PONTIFICIA UNIVERSIDAD CATÓLICA MADRE Y MAESTRA**      **Sto. Dgo., Dominican Republic**
BA in Economics, *Summa Cum Laude*      Sep. 1998-June 2002

---

## CURRENT POSITION

**SECURITIES AND EXCHANGE COMMISSION (SEC)**      **Washington, DC**
*Financial Economist (Fellow)*      July 2014-Present
Perform economic and quantitative analysis in support of the Enforcement Division. Review academic literature, perform statistical and econometric analysis, and prepare reports on the economics of potential securities law violations under investigation by the Commission.

---

## PRIOR POSITIONS

**SECURITIES LITIGATION AND CONSULTING GROUP, INC (SLCG)**      **Fairfax, VA**
*Principal*      Aug. 2010-June 2010

Analyzed securities and prepared expert reports for arbitration and litigation. Coauthored reports in consulting engagements for securities regulators and industry groups. Experience included:

- Annuities, auction rate securities, closed-end funds, collateralized debt obligations, common stock, debt securities, direct participation programs, hedge funds, mutual funds, preferred stock, real estate investment trusts, and tenants-in-common securities.
- Valuation of privately-held businesses as well as mergers and acquisitions due diligence review.
- Use of event studies to measure the impact of information disclosures on stock price.

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**      **Cambridge, MA**
*Teaching Assistant*      Sep. 2006-May 2010
Taught graduate and undergraduate courses in Macroeconomics, Introductory Economics, and Research and Communications in Economics.
*Research Assistant to Professor Esther Duflo*      June 2005-Aug. 2005

**International Monetary Fund**      **Washington, DC**
*Research Assistant*      June 2006-Aug. 2006

**Ministry of Finance and Economics**      **Sto. Dgo., Dominican Republic**
*Research Assistant to Chief Economic Advisors*      June 2001-June 2002

Carmen Taveras
February 2015

**FINANCIAL RESEARCH**

- "Large Sample Valuation of Tenancies in Common" (PDF) with Tim Husson, Craig McCann and Edward O'Neal (2014), *Journal of Real Estate Portfolio Management,* Vol. 20, No. 2, pp. 147-161.
- "Private Placement Real Estate Valuation" (PDF) with Tim Husson, Craig McCann and Edward O'Neal (2014), *Journal of Business Valuation and Economic Loss Analysis*, Vol. 9, Issue 1, pp. 87-104.
- "What is a TIC Worth?" (PDF) with Tim Husson, Craig McCann and Edward O'Neal (2012), *PIABA Bar Journal*, Vol. 19. No. 3, pp. 373-392.
- "Non-Traded REIT Returns Do Not Compensate for their Illiquidity" (work in progress) with Tim Husson and Craig McCann.
- "A Primer on Non-Traded REITs and Other Alternative Real Estate Investments" (PDF) with Tim Husson and Craig McCann.
- "Rethinking the Comparable Companies Valuation Method" (PDF) with Paul Godek, Craig McCann, and Dan Simundza.
- "A Monograph on Auction Rate Securities" with Jenny Li and Craig McCann, written for the Securities Division of the North Carolina Secretary of State.
- "An Economic Study of Securities Market Data Pricing by Canadian Trading Venues" with Craig McCann, written for the Investment Industry Association of Canada.

**EXPERT TESTIMONY AND DECLARATIONS**

- Declaration in *U.S. Securities and Exchange Commission v Samuel E. Wyly, Donald R. Miller, Jr., in his capacity as the Independent Executor of the Will and Estate of Charles J. Wyly, Jr., Michael C. French and Louis J. Schaufele III*; United States District Court Southern District of New York (November 2014). Reviewed disclosure/non-disclosure of Wyly offshore option exercises.
- Direct and cross examination in *Gerald and Barbara Galowitz v Ameriprise Financial Services, Inc.*, FINRA Arbitration Panel. Testified on behalf of the Plaintiffs on asset allocation of annuity investments and damages (May 2013).

**PROFESSIONAL PROGRAMS**

Level II Candidate in the Chartered Financial Analyst (CFA) Program and the Financial Risk Manager (FRM) Program.

**AWARDS AND FELLOWSHIPS**

| | |
|---|---|
| Graduate Student Fellowship – Massachusetts Institute of Technology | 2004-2010 |
| Inter-American Development Bank Fellowship – Pontificia Universidad Católica, Chile | 2002-2004 |
| Fundapec Fellowship – Pontificia Universidad Católica Madre y Maestra, Dom. Rep. | 1998-2002 |
| National Youth Prize – Ministry of Youth, Dominican Republic | 1997 |

**SOFTWARE SKILLS AND FINANCIAL DATA**

Matlab, Stata, Eviews, Bloomberg, Wharton Research Data Services

**LANGUAGES**

English (fluent), Spanish (native), French (intermediate)