THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

## DECLARATION OF HELENA M. ENGELHART

1. I, Helena M. Engelhart, do declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and that I am over the age of 18 years old and am competent to testify to the matters stated herein:

2. I am employed as a senior paralegal with the Division of Enforcement of the United States Securities and Exchange Commission ("Commission") in the Denver Regional Office.

3. I was asked by Jeffrey D. Felder to review and transcribe certain video and audio files that I understand are related to The Achieve Community.

4. I hereby certify that the foregoing excerpts from video and audio files are complete, true and accurate transcripts:

a. A video from www.readytoachieve.com titled "Welcome to the Achieve Community" (Attached hereto as Ex. A).
b. A video from www.readytoachieve.com titled "Welcome to the Achieve Community Opportunity-Video" (Attached hereto as Ex. B).
c. A video from www.readytoachieve.com titled "The Achieve Community Repurchase Strategy or How to Turn $50 into any amount you wish!" (Attached hereto as Ex. C).
d. An audio recording from www.readytoachieve.com titled "Meet the Founders Recorded Call" (Attached hereto as Ex. D).
e. A video by Troy Barnes posted to YouTube dated May 20, 2014, titled "What is the Achieve Community??" (Attached hereto as Ex. E).
f. A video by Troy Barnes posted to YouTube dated June 30, 2014, titled "The Achieve Community Join Us" (Attached hereto as Ex. F).
g. A video by Troy Barnes posted to YouTube dated July 1, 2014, titled "Join Us" (Attached hereto as Ex. G).
h. A video by Troy Barnes posted to YouTube dated July 15, 2014, titled "Tuesday Update" (Attached hereto as Ex. H).
i. A video by Troy Barnes posted to YouTube dated July 15, 2014, titled "Achieve Monday Update" (Attached hereto as Ex. I).
j. A video by Troy Barnes posted to YouTube dated July 24, 2014, titled "Achieve" (Attached hereto as Ex. J).
k. A video by Troy Barnes posted to YouTube dated October 22, 2014, titled "Wed Update OCT 22" (Attached hereto as Ex. K).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 12th day of February, 2015.

Helena M. Engelhart

Welcome to the Achieve Community (excerpt from: 0:30-1:17)

START 0:30 "We are a group of people that want to help each other, ourselves, and the people that we care about to achieve the lifestyle and the financial freedoms that we always dreamed about. This is a very simple program. You come in with $50.00, you make $400.00 and you go out of the Matrix. You can do that as often as you like, with as much as you like, and make as much money as you like. Everyone makes the same money in this program! There is no personal recruiting or selling! And by that I mean you get the same result regardless of the number of people that you introduce to the program. It's a group effort! And of course the more people we have, the faster we all get paid." STOP 1:17

**Accompanying Slides From the Entire Video**























Opportunity-Video (excerpt from 0:00 - 0:43 and 1:10 - 2:37)

START 0:00 "Welcome to the Achieve Community Opportunity video. I'm here to tell you what the Achieve Community is all about. But first let me tell you what we are not. We are not a get rich quick scheme. We are not a pyramid scheme. We are not an investment company. And we can make no guarantee on the time it will take for you to earn with us. That's because it's up to you. You can make as much as you like with us, as often as you like with us. And of course you'll make it much quicker if you share this with other people. Because our Matrix depends on positions, not time to move." STOP 0:43

START 1:10 "How are we a lifetime income plan? It's simple. For every $50.00 position that you purchase you make $400.00. With 2 positions you make $800.00. With 5 positions you make $2,000.00. Wanna go bigger? With 20 positions you make $8,000.00. With 100 positions you make $40,000.00. This is limitless! We know that everyone can't start with multiple positions. And that is why we've developed the repurchase strategy. Let's start with one $50.00 position. When you reach our Matrix you will be paid 3 times, $100.00, $100.00, and $200.00. Repurchase new positions with these earnings and you'll have 8 positions worth $3,200.00. Do that again and you'll have 64 positions worth $25,600.00. See how it works. It's simple. Once you have the number of positions that give you the income that you really want just repurchase one position every time your position reaches the $200.00 pay out level. That will give you the same income over and over again, forever. Now you can just kickback and watch the world go bye or whatever it is you truly want to do!" STOP 2:37

**Accompanying Slides From the Entire Video**





EXHIBIT B































**Strategy – The Achieve Community Repurchase Strategy or How to Turn $50 into any amount you wish!**

> Repurchase1
>
> "Welcome to the re-purchase strategy portion of our Achieve Community website. This is where you learn to make all that money. When you join us with your $50 payment you get in the Matrix where you can make three levels of income: $100, $100 and $200. If you take just ½ of your income on each of these levels you'll have your $50 purchase back plus you'll make $150 and you'll have four positions in the matrix worth $1600, and because you're buying those positions at each level you'll be spread out through-out the matrix with your new positions which means you'll get paid more often. And now with new positions, you're going to get paid four times on each level. So, want to make more? Take just half, re-purchase with the rest, you'll have made $800, and you'll now have enough positions in the matrix to be making $6400. Is $6400 enough for you? If so, just make sure you purchase at least one position at $50 every time you hit the $200 payout platform. You'll continue to make your $6400 over and over. No matter what you're financial plan. No matter what you're looking to do. You can do that here. You can make more, you can make less. And with each re-purchase you also get another advertising banner. You now have complete control over your income. Just use the strategy that works best for you. Stay in our matrix. Keep making money. We're so happy you're joining us. Thank you for visiting the Achieve Community Website."

