**Accompanying Slides From the Entire Video**



















Meet the Founders Recorded Call (excerpt from: 19:00 – 25:32)

START 19:00

"Rodney: …and leads me to my next question. Which, I…This is for Kristie. And I told you I was going to ask you this question again because I was just, I don't know, I was amazed, that you know, just listening to you. But, when, when did it hit you Kristie, that you know, I've talked about this, you've talked about this, this algorithm, you know, this this this matrix that you've created, you know, and… and believe me folks, we're not getting into how it works. We're not getting into, you know, how it gets from point A to point B. Uh, that's not what this questions about. This question to Kristie is, uh, so much more than that. This question is that… How did you come up with this Kristie? You know, what happened? Was it just like epiphany? You know was God talking to you, you know what happened? Like where did you start and then how did it hit?

Kristie: Uh, I love that question Rodney, you know that. Uh, yah it's an interesting story, I guess. It's… it's kind of unique. I'm going to try to put it in as universal terms as I can. But I'm going to start back a bit before this came to me, because I do want to share something with you all about my partnership ah with Troy. He says we came up with this together. That's really not quite true. I went to Troy when I felt like I'd seen enough out there and had limited options for where I could go with online marketing. And I asked him to mentor me.

Rodney: Wow

Kristie: But we didn't join as partners in the beginning. I asked him to mentor me. And he agreed. And as soon as we started working together, we really just created a partnership. It just evolved out of that. And from that, we really did look out there and see that the possibilities were indeed limited as far as joining someone else's company.

Rodney: uh hmmm

Kristie: When we decided to try it ourselves, I made a list, Rodney, and everyone else, of all of the things that I'd seen in other companies that I liked, things that worked. And I made a list of all the things that didn't. Things that stopped cyclers and things that had programs die out. Infinity down line, stuff like that. That just you know is not sustainable, can't work. And I thought, what can I do, what can I make, what can I design, that has only what works and none of what doesn't, and one day, honestly this is what happened, I just saw it. I just saw it in my head. This matrix is 3D, which is why we can't put it on paper. It's a triple algorithm. And I can't for the life of me tell you why I could figure that out in my head. But I could.

Rodney: (Laugh) you know I couldn't.

Kristie: And I did. And I could see it. I could see it and it was, oh my gosh, I can actually do this, I can help you. It was amazing. I could see it would work, I could see how it would work.



I just knew. I knew it had... it had everything that did work, nothing that didn't. And one more thing, and that was just people going out of the matrix. That was the little secret ingredient that had this thing really flow. And it was... it was a blessing. It was an amazing, amazing thing. I can't tell you how that moment was. It was just beyond anything I've ever experienced.

Rodney: And what did Troy say to all this?

People laughing.

Troy: It was my job was to now find a developer to work with her, and she said "Okay, I have this," she said, "now find me the best developer you can so we can put this together," and I did. I found a guy that's been doing this for 25 years. He's a genius at what he does. He's amazing. So he and Kristie got together and he said "How in the hell did you figure this out?" He said, "I've never saw anything like this." And it took them, what, three months Kristie?

Kristie: Yes.

Troy: To get... to get it even close to right?

Rodney: Hold on, hold on. So wait a minute. And I want everybody to hear that again. It took how long for the programmer to get this?

Troy: Three months, at least three months, yea at least three.

Rodney: Now a programmer is a pretty, would you say is, on a scale of one to ten, probably as least about a nine in brain smarts, right?

Kristie: Yes.

Troy: Oh absolutely.

Kristie: With 25 years' experience

Rodney: Okay, so if a programmer is a pretty intelligent guy, or person, has to take close to three months to understand a triple algorithm, not just one, but a triple algorithm, okay, I just want to make sure so when people sit there and ask me another question, I'm going to say... I'm going to say "triple algorithm; it took him a month for each algorithm".

Kristie: It did. And then to put it together.

Troy: It just shows you, I mean, I'll let Kristie speak, because she's a genius, I'm telling you. This guy was dumbfounded. He's like, you know, he's been doing this for years, and never saw anything like it. So I was just ecstatic, you know, and it works. And you know, we're paying out loads of money. And as we grow it's going to be in the hundreds of thousands. It's going to be amazing. And so many people are blessed by what Kristie dreamt, you know. I mean, we are so blessed to have her. You don't even know. It's just amazing." STOP 25:32

Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/channel/UCjQa0nXBvYPv4DCkhDky-5A/videos (last accessed on February 11, 2015)

May 20, 2014: What is the Achieve Community??

- 0:15: "Christy Johnson and I created this community to help a whole lot of people."
- 1:30: "We're going to teach you how to take $50.00 and turn it into thousands of dollars, okay, and that's a fact."



Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=0iWaUuNABXc (last accessed on February 11, 2015)

June 30, 2014: The Achieve Community Join Us

- 1:15: "You buy a position in the Achieve Community for $50.00.00, okay, and you get put in our matrix. We have a forced matrix that will pay you three times. It pays you a total of $400.00 in the matrix. Okay, it pays you $100.00 the first time, when you get to the middle of the matrix it pays you another $100.00, when you get to the very last position it pays you $200.00.
- 1:38: "So, from that money you repurchase positions to make more money. "So when 16 people come behind you if you join today with one position, and I bought 16 positions right after you joined, you get paid $100.00. So if you took that $100.00 and put $50.00 in your pocket and repurchased a position for $50.00 now you're making another $400.00, okay. Then when you reach the next position you'll make another $100.00. So if you did the same thing, if you put $50.00 in your pocket and bought another position there's another $400.00 you'd be making. The very last position in the matrix will pay you $200.00, okay, and then you're out. You take that $200.00. If you take $100.00 and put it in your pocket and re-purchased with $100.00, purchased two positions, then you'd make another $800.00."
- 6:35: "Get started; get one position, get at least one position, because you're going to be able to get as many positions as you want for as long as you want and make as much money as you want. And when's the last time you heard that? Okay, you can do it here. No effort, no recruiting, no brainer."



Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=DdB5sjY77zc  (last accessed on February 11, 2015)

July 1, 2014: Join Us

- 0:25: "for a $50.00 purchase, okay for a $50.00 membership you can make as much money as you want here, alright, we're going to show you how to do it. Alright, we're here to change lives. We not here to take you out of any business you're in, alright."
- 0:40: "we're simply giving you an opportunity to make as much money as you want without recruiting a soul, okay. So if you need money for a car, for a house, um, to get your kids braces, to put food on your table, whatever, whatever it is."
- 1:05: "we're here to help you and you know, we're a community. So don't worry, we're not trying to get you out of your business. That's not our purpose here. We're just here to help you. And uh, help you make a whole lot of money. So if you would, you know, come and visit our page, and um checkout our website, we're going viral, we want you to be a part of this community."



EXHIBIT
6

Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=yxdVUFbAtOI  (last accessed on February 11, 2015)

<u>July 15, 2014: Tuesday Update</u>

- 4:15: "we plan on being here for a long long time, our stability is so amazing. Okay, we are way better than anybody out there, you know, in our eyes. Okay, we are going to be stable and growing every day."



Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=uxptgWjw7h4 (last accessed on February 11, 2015)

<u>July 15, 2014: Achieve Monday Update</u>

- 4:05: "know when you purchase 10 positions that you're going to make $4,000.00, and then if you make $4,000.00 you can take $2,000.00 of that and repurchase positions you're going to make 8 times that money, okay, it's very easy to make you know, 6 figures here"
- 7:16: "as Rodney says, 97% of people that failed now can't fail with Achieve. Alright, all those people that are failing, you know, get $50.00 out of their pocket, let 'um buy a position and start their life here. Alright, we're all doing this together."



Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=BV7QwJ3RNOA  (last accessed on February 11, 2015)

<u>July 24, 2014: Achieve</u>

- 0:12: "Achieve community is the only place, not only on the internet, but in the world, that you can take a $50.00 bill and make as much money as you want.  No effort, no recruiting, none of that.  No building down lines, you don't have to do anything here, Alright, you just have to be a part of the community, that's it."



Troy Barnes YouTube Video Statements:

Video found at https://www.youtube.com/watch?v=JCOGYHZ7Nvk  (last accessed on February 11, 2015)

October 22, 2014: Wed Update OCT 22

- 2:58: "We're paying out hundreds of thousands of dollars every week, it's ridiculous. Over 4,400 members, paid members, okay, which is gonna double by Christmas, I guarantee it."

