IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

        Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

        Relief Defendant.

---

## DECLARATION OF KERRY M. MATTICKS

---

I, Kerry M. Matticks, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following statements are true and correct, and that I am over the age of 18 years old and am competent to testify to the matters stated herein:

1.     I am a staff accountant employed in the Division of Enforcement in the Denver Regional Office of the Securities and Exchange Commission (SEC) since 1995. I examined and summarized records from five bank accounts (the "Analyzed Accounts"), including underlying detail such as account opening forms, periodic statements, checks, wire transfers, and deposits slips. I prepared a "List of Analyzed Accounts" which is attached as Exhibit A. This exhibit contains the following information for the Analyzed Accounts: Name of Entity or Individual

1

associated with the account, the Account Name, Financial Institution, Account #, Authorized Signers for the account, the Date Opened and the Date Closed or Date of Last Statement analyzed.

2. I prepared two documents for each of the Analyzed Accounts, an "Account Activity" report and a "Hi-Level Summary". The Account Activity reports contain the following information: Account No., Date of transaction, Description, Payor/Payee, Category, Credit, Debit and Balance. Each Hi-Level Summary includes the following information: Category, # of Credits, Total Credits, # of Debits, and Total Debits.

3. The Hi-Level Summary and Account Activity report for the Work With Troy Barnes, Inc. account ending in 0314 at 1st Bank are attached as Exhibit B.

4. The Hi-Level Summary and Account Activity report for the Work With Troy Barnes, Inc. account ending in 5343, at 1st Bank are attached as Exhibit C.

5. The Hi-Level Summary and Account Activity report for the Work With Troy Barnes, Inc. account ending in 6428, at 1st Bank are attached as Exhibit D.

6. The Hi-Level Summary and Account Activity report for the Achieve International, LLC account ending in 6401, at 1st Bank are attached as Exhibit E.

7. The Hi-Level Summary and Account Activity report for the Kristine L. Johnson account ending in 7480, at Colorado Union of Colorado are attached as Exhibit F.

8. I also prepared a summary comparing selected checks payable to "Cash" from the Work With Troy Barnes, Inc. account ending in 0314 and from the Achieve International, LLC account ending in 6401with deposits to the Kristine L. Johnson account ending in 7480. This summary lists 11 checks drawn against the account ending in 0314, made out to "Cash" and then negotiated at 1st Bank for actual cash. There is a corresponding deposit of equal or similar

amount in the Kristine L. Johnson account ending in 7480 on the same date. This summary also includes two checks drawn against the account ending in 6401, payable to "Cash" and deposited to the Kristine L. Johnson account ending in 7480. In each instance, the checks are signed by "Kristi Johnson". As noted in the summary, there is a difference of $1,962.51 between the cash and checks made out to "Cash" from the accounts ending in 0314 and 6401 and the total amount deposited to the Kristine L. Johnson account ending in 7480. This summary and the detail supporting it are attached as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 11th day of February, 2015 in Denver, Colorado.

*/s/ Kerry M. Matticks*

Kerry M. Matticks

| MATTICKS AFFADAVIT | | | | | | |
|---|---|---|---|---|---|---|
| EXHIBIT # | | | | | | |
| | | | List of Analyzed Accounts | | | |
| Item | Entity or Individual Name | Account Name | Financial Institution | Account # | Authorized Signers | Date Opened | Date Closed or Last Stmt/Transaction |
| 1 | Work With Troy Barnes, Inc. | Working With Troy Barnes Inc. | 1STBank | 314 | Kristi Johnson | 4/2/2014 | 1/12/2015 |
| 2 | Work With Troy Barnes, Inc. | Working With Troy Barnes Inc. | 1STBank | 5343 | Kristi Johnson | 11/5/2014 | 11/13/2014 |
| 3 | Work With Troy Barnes, Inc. | Working With Troy Barnes Inc. | 1STBank | 6428 | Kristi Johnson | 11/12/2014 | 1/30/2015 |
| 4 | Achieve International, LLC | Achieve International, LLC | 1STBank | 6401 | Kristi Johnson | 11/13/2014 | 1/30/2015 |
| 5 | Kristine L. Johnson | Kristi Johnson | Credit Union of Colorado | 7480 | Kristi Johnson | 5/30/2014 | 1/30/2015 |



| Category | # of Credits | Total Credits | # of Debits | Total Debits |
|---|---|---|---|---|
| Work With Troy Barnes, Inc. Hi-Level Summary 1STBANK Account No. xxxxxx0314 April 2014 through January 2015 | | | | |
| Cash | 1 | $ 50.00 | 2 | $ 5,357.39 |
| Colorado Credit Union Acct. No. 7480 | | | 11 | $ 43,300.00 |
| STRIPE | 101 | $ 3,246,879.00 | 1 | $ 162.78 |
| Payoneer, Inc. | 15 | $ 853,679.36 | 221 | $ 2,261,900.00 |
| Miscellaneous | 7 | $ 24,396.32 | 36 | $ 29,976.23 |
| 1STBank Checking Acct. 5343 | | | 2 | $ 1,021,078.92 |
| 1STBank Checking Acct. 6428 | | | 4 | $ 753,679.36 |
| Troy Barnes | | | 7 | $ 9,550.00 |
| Grand Total | 124 | $ 4,125,204.68 | 284 | $ 4,125,004.68 |


EXHIBIT B

## Work With Troy Barnes, Inc.
### Account Activity
### 1STBANK Account No. xxxxxx0314
### April 2014 through January 2015

| Item | Account No. | Date | Description | Payor/Payee | Category | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 314 | 4/2/2014 | deposit | Kristi Johnson | Cash | $ 50.00 | | $ 50.00 |
| 2 | 314 | 4/21/2014 | Transfer | STRIPE | STRIPE | $ 6,949.60 | | $ 6,999.60 |
| 3 | 314 | 4/22/2014 | Transfer | STRIPE | STRIPE | $ 1,125.30 | | $ 8,124.90 |
| 4 | 314 | 4/28/2014 | Transfer | STRIPE | STRIPE | $ 1,067.20 | | $ 9,192.10 |
| 5 | 314 | 4/30/2014 | Transfer | STRIPE | STRIPE | $ 48.25 | | $ 9,240.35 |
| 6 | 314 | 5/5/2014 | MTOT | Disc Bankcard | Miscellaneous | | $ 7.95 | $ 9,232.40 |
| 7 | 314 | 5/5/2014 | Visa | Troy Barnes | Troy Barnes | | $ 500.00 | $ 8,732.40 |
| 8 | 314 | 5/6/2014 | payment | Compusult | Miscellaneous | | $ 2,500.00 | $ 6,232.40 |
| 9 | 314 | 5/6/2014 | Visa | Credit Union Of Colorado | Miscellaneous | | $ 500.00 | $ 5,732.40 |
| 10 | 314 | 5/16/2014 | Bill Pay | Bank Of America | Miscellaneous | | $ 1.01 | $ 5,731.39 |
| 11 | 314 | 5/16/2014 | deposit | Bill Pay Reversal | Miscellaneous | $ 0.10 | | $ 5,731.49 |
| 12 | 314 | 5/16/2014 | deposit | Bill Pay Reversal | Miscellaneous | $ 0.91 | | $ 5,732.40 |
| 13 | 314 | 5/20/2014 | Bill Pay | Bank Of America | Miscellaneous | | $ 100.00 | $ 5,632.40 |
| 14 | 314 | 5/28/2014 | Bill Pay | BluePay, Inc. | Miscellaneous | | $ 99.00 | $ 5,533.40 |
| 15 | 314 | 5/29/2014 | deposit | Bankcard 5642 | Miscellaneous | $ 15,826.05 | | $ 21,359.45 |
| 16 | 314 | 5/30/2014 | deposit | Bankcard 5642 | Miscellaneous | $ 4,311.44 | | $ 25,670.89 |
| 17 | 314 | 5/30/2014 | Withdrawal | Cash | Cash | | $ 1,000.00 | $ 24,670.89 |
| 18 | 314 | 5/30/2014 | Withdrawal | fee | Miscellaneous | | $ 2.00 | $ 24,668.89 |
| 19 | 314 | 6/2/2014 | deposit | Bankcard 5642 | Miscellaneous | $ 1,372.74 | | $ 26,041.63 |
| 20 | 314 | 6/2/2014 | deposit | Bankcard 5642 | Miscellaneous | $ 2,844.18 | | $ 28,885.81 |
| 21 | 314 | 6/2/2014 | Withdrawal | Bankcard 5642 | Miscellaneous | | $ 461.10 | $ 28,424.71 |
| 22 | 314 | 6/2/2014 | Withdrawal | Bankcard 5642 | Miscellaneous | | $ 32.95 | $ 28,391.76 |
| 23 | 314 | 6/2/2014 | payment | Compusult | Miscellaneous | | $ 2,500.00 | $ 25,891.76 |
| 24 | 314 | 6/2/2014 | Visa | Markarvinal | Miscellaneous | | $ 450.00 | $ 25,441.76 |
| 25 | 314 | 6/2/2014 | Visa | Troy Barnes | Troy Barnes | | $ 1,000.00 | $ 24,441.76 |
| 26 | 314 | 6/3/2014 | Withdrawal | Bankcard 5642 | Miscellaneous | | $ 38.97 | $ 24,402.79 |
| 27 | 314 | 6/4/2014 | Withdrawal | Bankcard 5642 | Miscellaneous | | $ 9.01 | $ 24,393.78 |
| 28 | 314 | 6/6/2014 | Visa | Pushputton | Miscellaneous | | $ 1,440.90 | $ 22,952.88 |
| 29 | 314 | 6/13/2014 | Bill Pay | Bank Of America | Miscellaneous | | $ 100.00 | $ 22,852.88 |
| 30 | 314 | 6/16/2014 | Visa | Troy Barnes | Troy Barnes | | $ 25.00 | $ 22,827.88 |
| 31 | 314 | 6/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 900.00 | $ 21,927.88 |
| 32 | 314 | 6/23/2014 | Transfer | STRIPE | STRIPE | $ 9,682.10 | | $ 31,609.98 |
| 33 | 314 | 6/24/2014 | Transfer | STRIPE | STRIPE | $ 1,405.55 | | $ 33,015.53 |
| 34 | 314 | 6/25/2014 | Transfer | STRIPE | STRIPE | $ 1,548.20 | | $ 34,563.73 |
| 35 | 314 | 6/26/2014 | deposit | Bankcard | Miscellaneous | $ 40.90 | | $ 34,604.63 |
| 36 | 314 | 6/26/2014 | counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 1,000.00 | $ 33,604.63 |
| 37 | 314 | 6/26/2014 | Transfer | STRIPE | STRIPE | $ 1,015.05 | | $ 34,619.68 |
| 38 | 314 | 6/26/2014 | Visa | Troy Barnes | Troy Barnes | | $ 1,000.00 | $ 33,619.68 |
| 39 | 314 | 6/27/2014 | Transfer | STRIPE | STRIPE | $ 193.00 | | $ 33,812.68 |
| 40 | 314 | 6/30/2014 | Withdrawal | activity charge | Miscellaneous | | $ 28.82 | $ 33,783.86 |
| 41 | 314 | 6/30/2014 | payment | Compusult | Miscellaneous | | $ 2,500.00 | $ 31,283.86 |
| 42 | 314 | 6/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 21,283.86 |
| 43 | 314 | 6/30/2014 | Transfer | STRIPE | STRIPE | $ 1,160.70 | | $ 22,444.56 |
| 44 | 314 | 7/1/2014 | Transfer | STRIPE | STRIPE | $ 1,015.65 | | $ 23,460.21 |
| 45 | 314 | 7/2/2014 | Visa | Markarvinal | Miscellaneous | | $ 450.00 | $ 23,010.21 |
| 46 | 314 | 7/2/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 13,010.21 |
| 47 | 314 | 7/2/2014 | Transfer | STRIPE | STRIPE | $ 1,691.15 | | $ 14,701.36 |
| 48 | 314 | 7/3/2014 | Bill Pay | Bank of America | Miscellaneous | | $ 1,000.00 | $ 13,701.36 |
| 49 | 314 | 7/3/2014 | Transfer | STRIPE | STRIPE | $ 434.55 | | $ 14,135.91 |
| 50 | 314 | 7/7/2014 | Transfer | STRIPE | STRIPE | $ 676.40 | | $ 14,812.31 |
| 51 | 314 | 7/8/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 5,550.00 | $ 9,262.31 |
| 52 | 314 | 7/8/2014 | MTOT ADJ | STRIPE | STRIPE | $ 1,161.00 | | $ 10,423.31 |
| 53 | 314 | 7/8/2014 | Transfer | STRIPE | STRIPE | $ 2,400.00 | | $ 12,823.31 |
| 54 | 314 | 7/9/2014 | Payment | Compusult | Miscellaneous | | $ 5,500.00 | $ 7,323.31 |
| 55 | 314 | 7/9/2014 | Transfer | STRIPE | STRIPE | $ 6,339.65 | | $ 13,662.96 |
| 56 | 314 | 7/9/2014 | Visa | Troy Barnes | Troy Barnes | | $ 1,525.00 | $ 12,137.96 |
| 57 | 314 | 7/10/2014 | Transfer | STRIPE | STRIPE | $ 2,130.20 | | $ 14,268.16 |
| 58 | 314 | 7/10/2014 | Visa | Troy Barnes | Troy Barnes | | $ 3,500.00 | $ 10,768.16 |
| 59 | 314 | 7/11/2014 | Transfer | STRIPE | STRIPE | $ 1,501.15 | | $ 12,269.31 |
| 60 | 314 | 7/14/2014 | Transfer | STRIPE | STRIPE | $ 1,210.15 | | $ 13,479.46 |
| 61 | 314 | 7/15/2014 | Transfer | STRIPE | STRIPE | $ 2,180.25 | | $ 15,659.71 |
| 62 | 314 | 7/15/2014 | Visa | Troy Barnes | Troy Barnes | | $ 2,000.00 | $ 13,659.71 |
| 63 | 314 | 7/16/2014 | Transfer | STRIPE | STRIPE | $ 4,263.10 | | $ 17,922.81 |
| 64 | 314 | 7/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 7,922.81 |
| 65 | 314 | 7/17/2014 | Transfer | STRIPE | STRIPE | $ 6,645.05 | | $ 14,567.86 |

| # | Acct | Date | Type | Payee | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 66 | 314 | 7/18/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 4,567.86 |
| 67 | 314 | 7/18/2014 | Transfer | STRIPE | STRIPE | $ 1,694.75 | | $ 6,262.61 |
| 68 | 314 | 7/21/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 2,000.00 | $ 4,262.61 |
| 69 | 314 | 7/21/2014 | Transfer | STRIPE | STRIPE | $ 2,128.70 | | $ 6,391.31 |
| 70 | 314 | 7/22/2014 | Transfer | STRIPE | STRIPE | $ 580.50 | | $ 6,971.81 |
| 71 | 314 | 7/23/2014 | Transfer | STRIPE | STRIPE | $ 1,982.75 | | $ 8,954.56 |
| 72 | 314 | 7/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 5,000.00 | $ 3,954.56 |
| 73 | 314 | 7/24/2014 | Transfer | STRIPE | STRIPE | $ 5,720.50 | | $ 9,675.06 |
| 74 | 314 | 7/25/2014 | Transfer | STRIPE | STRIPE | $ 3,729.35 | | $ 13,404.41 |
| 75 | 314 | 7/28/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 9,000.00 | $ 4,404.41 |
| 76 | 314 | 7/28/2014 | Transfer | STRIPE | STRIPE | $ 3,825.55 | | $ 8,229.96 |
| 77 | 314 | 7/29/2014 | Transfer | STRIPE | STRIPE | $ 2,663.05 | | $ 10,893.01 |
| 78 | 314 | 7/30/2014 | Transfer | STRIPE | STRIPE | $ 3,531.85 | | $ 14,424.86 |
| 79 | 314 | 7/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 4,424.86 |
| 80 | 314 | 7/31/2014 | Transfer | STRIPE | STRIPE | $ 2,034.00 | | $ 6,458.86 |
| 81 | 314 | 8/1/2014 | Transfer | STRIPE | STRIPE | $ 1,985.45 | | $ 8,444.31 |
| 82 | 314 | 8/4/2014 | Bill Pay | Bank Of America | Miscellaneous | | $ 1,000.00 | $ 7,444.31 |
| 83 | 314 | 8/4/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 2,450.00 | $ 4,994.31 |
| 84 | 314 | 8/4/2014 | payment | Compusult | Miscellaneous | | $ 1,000.00 | $ 3,994.31 |
| 85 | 314 | 8/4/2014 | Transfer | STRIPE | STRIPE | $ 918.25 | | $ 4,912.56 |
| 86 | 314 | 8/5/2014 | Transfer | STRIPE | STRIPE | $ 1,935.70 | | $ 6,848.26 |
| 87 | 314 | 8/6/2014 | Transfer | STRIPE | STRIPE | $ 4,933.50 | | $ 11,781.76 |
| 88 | 314 | 8/7/2014 | Transfer | STRIPE | STRIPE | $ 1,161.30 | | $ 12,943.06 |
| 89 | 314 | 8/8/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 6,000.00 | $ 6,943.06 |
| 90 | 314 | 8/8/2014 | Transfer | STRIPE | STRIPE | $ 1,499.05 | | $ 8,442.11 |
| 91 | 314 | 8/11/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 2,000.00 | $ 6,442.11 |
| 92 | 314 | 8/11/2014 | Transfer | STRIPE | STRIPE | $ 2,711.60 | | $ 9,153.71 |
| 93 | 314 | 8/12/2014 | Transfer | STRIPE | STRIPE | $ 1,791.25 | | $ 10,944.96 |
| 94 | 314 | 8/13/2014 | Transfer | STRIPE | STRIPE | $ 2,951.65 | | $ 13,896.61 |
| 95 | 314 | 8/14/2014 | Transfer | STRIPE | STRIPE | $ 1,063.90 | | $ 14,960.51 |
| 96 | 314 | 8/15/2014 | Transfer | STRIPE | STRIPE | $ 1,837.40 | | $ 16,797.91 |
| 97 | 314 | 8/18/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 2,000.00 | $ 14,797.91 |
| 98 | 314 | 8/18/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 4,797.91 |
| 99 | 314 | 8/18/2014 | Transfer | STRIPE | STRIPE | $ 3,583.70 | | $ 8,381.61 |
| 100 | 314 | 8/19/2014 | Transfer | STRIPE | STRIPE | $ 1,644.70 | | $ 10,026.31 |
| 101 | 314 | 8/20/2014 | Transfer | STRIPE | STRIPE | $ 6,146.65 | | $ 16,172.96 |
| 102 | 314 | 8/21/2014 | Transfer | STRIPE | STRIPE | $ 3,245.95 | | $ 19,418.91 |
| 103 | 314 | 8/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 9,418.91 |
| 104 | 314 | 8/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 5,000.00 | $ 4,418.91 |
| 105 | 314 | 8/22/2014 | Transfer | STRIPE | STRIPE | $ 4,700.65 | | $ 9,119.56 |
| 106 | 314 | 8/25/2014 | Transfer | STRIPE | STRIPE | $ 2,322.00 | | $ 11,441.56 |
| 107 | 314 | 8/26/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 8,000.00 | $ 3,441.56 |
| 108 | 314 | 8/26/2014 | Transfer | STRIPE | STRIPE | $ 6,541.35 | | $ 9,982.91 |
| 109 | 314 | 8/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 8,000.00 | $ 1,982.91 |
| 110 | 314 | 8/27/2014 | Transfer | STRIPE | STRIPE | $ 13,083.30 | | $ 15,066.21 |
| 111 | 314 | 8/28/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 5,066.21 |
| 112 | 314 | 8/28/2014 | Transfer | STRIPE | STRIPE | $ 3,922.95 | | $ 8,989.16 |
| 113 | 314 | 8/29/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 3,000.00 | $ 5,989.16 |
| 114 | 314 | 8/29/2014 | Transfer | STRIPE | STRIPE | $ 5,569.75 | | $ 11,558.91 |
| 115 | 314 | 9/2/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,558.91 |
| 116 | 314 | 9/2/2014 | Transfer | STRIPE | STRIPE | $ 7,127.85 | | $ 8,686.76 |
| 117 | 314 | 9/3/2014 | Payment | Compusult | Miscellaneous | | $ 1,000.00 | $ 7,686.76 |
| 118 | 314 | 9/3/2014 | Visa | Markarvinal | Miscellaneous | | $ 450.00 | $ 7,236.76 |
| 119 | 314 | 9/3/2014 | Transfer | STRIPE | STRIPE | $ 6,397.70 | | $ 13,634.46 |
| 120 | 314 | 9/4/2014 | Transfer | STRIPE | STRIPE | $ 15,094.75 | | $ 28,729.21 |
| 121 | 314 | 9/5/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 4,500.00 | $ 24,229.21 |
| 122 | 314 | 9/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 14,229.21 |
| 123 | 314 | 9/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 4,229.21 |
| 124 | 314 | 9/5/2014 | Transfer | STRIPE | STRIPE | $ 5,001.05 | | $ 9,230.26 |
| 125 | 314 | 9/8/2014 | Bill Pay | Bank of America | Miscellaneous | | $ 660.26 | $ 8,570.00 |
| 126 | 314 | 9/8/2014 | Transfer | STRIPE | STRIPE | $ 8,404.75 | | $ 16,974.75 |
| 127 | 314 | 9/8/2014 | Transfer | STRIPE | STRIPE | | $ 162.78 | $ 16,811.97 |
| 128 | 314 | 9/9/2014 | Transfer | STRIPE | STRIPE | $ 5,192.95 | | $ 22,004.92 |
| 129 | 314 | 9/10/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 12,004.92 |
| 130 | 314 | 9/10/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 2,004.92 |
| 131 | 314 | 9/10/2014 | Transfer | STRIPE | STRIPE | $ 20,835.15 | | $ 22,840.07 |
| 132 | 314 | 9/11/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 12,840.07 |
| 133 | 314 | 9/11/2014 | Transfer | STRIPE | STRIPE | $ 8,448.90 | | $ 21,288.97 |
| 134 | 314 | 9/12/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 5,400.00 | $ 15,888.97 |
| 135 | 314 | 9/12/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 5,888.97 |
| 136 | 314 | 9/12/2014 | Transfer | STRIPE | STRIPE | $ 11,418.05 | | $ 17,307.02 |

| # | Acct | Date | Type | Payee | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|---|
| 137 | 314 | 9/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 7,307.02 |
| 138 | 314 | 9/15/2014 | Transfer | STRIPE | STRIPE | $ 11,852.00 | | $ 19,159.02 |
| 139 | 314 | 9/16/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 9,159.02 |
| 140 | 314 | 9/16/2014 | Transfer | STRIPE | STRIPE | $ 17,784.90 | | $ 26,943.92 |
| 141 | 314 | 9/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 16,943.92 |
| 142 | 314 | 9/17/2014 | Transfer | STRIPE | STRIPE | $ 21,507.85 | | $ 38,451.77 |
| 143 | 314 | 9/18/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 5,400.00 | $ 33,051.77 |
| 144 | 314 | 9/18/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 23,051.77 |
| 145 | 314 | 9/18/2014 | Transfer | STRIPE | STRIPE | $ 9,520.10 | | $ 32,571.87 |
| 146 | 314 | 9/19/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 22,571.87 |
| 147 | 314 | 9/19/2014 | Transfer | STRIPE | STRIPE | $ 9,760.35 | | $ 32,332.22 |
| 148 | 314 | 9/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 22,332.22 |
| 149 | 314 | 9/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 12,332.22 |
| 150 | 314 | 9/22/2014 | Transfer | STRIPE | STRIPE | $ 11,312.65 | | $ 23,644.87 |
| 151 | 314 | 9/23/2014 | Transfer | STRIPE | STRIPE | $ 17,296.60 | | $ 40,941.47 |
| 152 | 314 | 9/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 30,941.47 |
| 153 | 314 | 9/24/2014 | Transfer | STRIPE | STRIPE | $ 29,564.85 | | $ 60,506.32 |
| 154 | 314 | 9/25/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 50,506.32 |
| 155 | 314 | 9/25/2014 | Transfer | STRIPE | STRIPE | $ 30,627.30 | | $ 81,133.62 |
| 156 | 314 | 9/26/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 71,133.62 |
| 157 | 314 | 9/26/2014 | Transfer | STRIPE | STRIPE | $ 16,561.75 | | $ 87,695.37 |
| 158 | 314 | 9/29/2014 | Bill Pay | Bank of America | Miscellaneous | | $ 280.96 | $ 87,414.41 |
| 159 | 314 | 9/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 77,414.41 |
| 160 | 314 | 9/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 67,414.41 |
| 161 | 314 | 9/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 57,414.41 |
| 162 | 314 | 9/29/2014 | Transfer | STRIPE | STRIPE | $ 15,976.15 | | $ 73,390.56 |
| 163 | 314 | 9/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 63,390.56 |
| 164 | 314 | 9/30/2014 | Transfer | STRIPE | STRIPE | $ 22,054.70 | | $ 85,445.26 |
| 165 | 314 | 10/1/2014 | PAYMENT | Compusult | Miscellaneous | | $ 1,000.00 | $ 84,445.26 |
| 166 | 314 | 10/1/2014 | Visa | Markarvinal | Miscellaneous | | $ 450.00 | $ 83,995.26 |
| 167 | 314 | 10/1/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 73,995.26 |
| 168 | 314 | 10/1/2014 | Transfer | STRIPE | STRIPE | $ 51,096.40 | | $ 125,091.66 |
| 169 | 314 | 10/2/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 115,091.66 |
| 170 | 314 | 10/2/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 105,091.66 |
| 171 | 314 | 10/2/2014 | Transfer | STRIPE | STRIPE | $ 33,813.90 | | $ 138,905.56 |
| 172 | 314 | 10/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 128,905.56 |
| 173 | 314 | 10/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 118,905.56 |
| 174 | 314 | 10/3/2014 | Transfer | STRIPE | STRIPE | $ 28,945.00 | | $ 147,850.56 |
| 175 | 314 | 10/6/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 137,850.56 |
| 176 | 314 | 10/6/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 127,850.56 |
| 177 | 314 | 10/6/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 117,850.56 |
| 178 | 314 | 10/6/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 107,850.56 |
| 179 | 314 | 10/6/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 97,850.56 |
| 180 | 314 | 10/6/2014 | Transfer | STRIPE | STRIPE | $ 43,006.65 | | $ 140,857.21 |
| 181 | 314 | 10/7/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 130,857.21 |
| 182 | 314 | 10/7/2014 | Transfer | STRIPE | STRIPE | $ 36,383.95 | | $ 167,241.16 |
| 183 | 314 | 10/8/2014 | PAYMENT | Compusult | Miscellaneous | | $ 1,000.00 | $ 166,241.16 |
| 184 | 314 | 10/8/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 156,241.16 |
| 185 | 314 | 10/8/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 146,241.16 |
| 186 | 314 | 10/8/2014 | Transfer | STRIPE | STRIPE | $ 88,179.15 | | $ 234,420.31 |
| 187 | 314 | 10/9/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 224,420.31 |
| 188 | 314 | 10/9/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 214,420.31 |
| 189 | 314 | 10/9/2014 | Transfer | STRIPE | STRIPE | $ 53,760.50 | | $ 268,180.81 |
| 190 | 314 | 10/10/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 258,180.81 |
| 191 | 314 | 10/10/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 248,180.81 |
| 192 | 314 | 10/10/2014 | Transfer | STRIPE | STRIPE | $ 43,139.50 | | $ 291,320.31 |
| 193 | 314 | 10/14/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 281,320.31 |
| 194 | 314 | 10/14/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 271,320.31 |
| 195 | 314 | 10/14/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 261,320.31 |
| 196 | 314 | 10/14/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 251,320.31 |
| 197 | 314 | 10/14/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 241,320.31 |
| 198 | 314 | 10/14/2014 | Transfer | STRIPE | STRIPE | $ 69,591.15 | | $ 310,911.46 |
| 199 | 314 | 10/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 300,911.46 |
| 200 | 314 | 10/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 290,911.46 |
| 201 | 314 | 10/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 280,911.46 |
| 202 | 314 | 10/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 270,911.46 |
| 203 | 314 | 10/15/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 260,911.46 |
| 204 | 314 | 10/15/2014 | Transfer | STRIPE | STRIPE | $ 51,115.20 | | $ 312,026.66 |
| 205 | 314 | 10/16/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 302,026.66 |
| 206 | 314 | 10/16/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 292,026.66 |
| 207 | 314 | 10/16/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 282,026.66 |

| # | Acct | Date | Type | Payee | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|---|---|
| 208 | 314 | 10/16/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 272,026.66 |
| 209 | 314 | 10/16/2014 | Transfer | STRIPE | STRIPE | $ 215,399.40 | | $ 487,426.06 |
| 210 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 477,426.06 |
| 211 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 467,426.06 |
| 212 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 457,426.06 |
| 213 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 447,426.06 |
| 214 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 437,426.06 |
| 215 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 427,426.06 |
| 216 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 417,426.06 |
| 217 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 407,426.06 |
| 218 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 397,426.06 |
| 219 | 314 | 10/17/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 387,426.06 |
| 220 | 314 | 10/17/2014 | Transfer | STRIPE | STRIPE | $ 109,935.75 | | $ 497,361.81 |
| 221 | 314 | 10/20/2014 | Counter check | Cash | Colorado Credit Union Acct. No. 7480 | | $ 10,000.00 | $ 487,361.81 |
| 222 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 477,361.81 |
| 223 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 467,361.81 |
| 224 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 457,361.81 |
| 225 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 447,361.81 |
| 226 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 437,361.81 |
| 227 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 427,361.81 |
| 228 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 417,361.81 |
| 229 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 407,361.81 |
| 230 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 397,361.81 |
| 231 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 387,361.81 |
| 232 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 377,361.81 |
| 233 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 367,361.81 |
| 234 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 357,361.81 |
| 235 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 347,361.81 |
| 236 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 337,361.81 |
| 237 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 327,361.81 |
| 238 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 317,361.81 |
| 239 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 307,361.81 |
| 240 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 297,361.81 |
| 241 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 287,361.81 |
| 242 | 314 | 10/20/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 277,361.81 |
| 243 | 314 | 10/20/2014 | Transfer | STRIPE | STRIPE | $ 84,815.70 | | $ 362,177.51 |
| 244 | 314 | 10/21/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 352,177.51 |
| 245 | 314 | 10/21/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 342,177.51 |
| 246 | 314 | 10/21/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 332,177.51 |
| 247 | 314 | 10/21/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 322,177.51 |
| 248 | 314 | 10/21/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 312,177.51 |
| 249 | 314 | 10/21/2014 | Transfer | STRIPE | STRIPE | $ 101,195.30 | | $ 413,372.81 |
| 250 | 314 | 10/22/2014 | Counter check | Cash | Cash | | $ 4,357.39 | $ 409,015.42 |
| 251 | 314 | 10/22/2014 | Visa | Mandrill | Miscellaneous | | $ 10.00 | $ 409,005.42 |
| 252 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 399,005.42 |
| 253 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 389,005.42 |
| 254 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 379,005.42 |
| 255 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 369,005.42 |
| 256 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 359,005.42 |
| 257 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 349,005.42 |
| 258 | 314 | 10/22/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 339,005.42 |
| 259 | 314 | 10/22/2014 | Transfer | STRIPE | STRIPE | $ 226,180.05 | | $ 565,185.47 |
| 260 | 314 | 10/23/2014 | Visa | International Bristol | Miscellaneous | | $ 2,635.42 | $ 562,550.05 |
| 261 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 552,550.05 |
| 262 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 542,550.05 |
| 263 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 532,550.05 |
| 264 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 522,550.05 |
| 265 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 512,550.05 |
| 266 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 502,550.05 |
| 267 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 492,550.05 |
| 268 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 482,550.05 |
| 269 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 472,550.05 |
| 270 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 462,550.05 |
| 271 | 314 | 10/23/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 452,550.05 |
| 272 | 314 | 10/23/2014 | Transfer | STRIPE | STRIPE | $ 87,682.05 | | $ 540,232.10 |
| 273 | 314 | 10/24/2014 | Visa | GODADDY | Miscellaneous | | $ 59.39 | $ 540,172.71 |
| 274 | 314 | 10/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 530,172.71 |
| 275 | 314 | 10/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 520,172.71 |
| 276 | 314 | 10/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 510,172.71 |
| 277 | 314 | 10/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 500,172.71 |
| 278 | 314 | 10/24/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 490,172.71 |

| # | Acct | Date | Type | Payee | Description | Credit | Debit | Balance |
|---|------|------|------|-------|-------------|--------|-------|---------|
| 279 | 314 | 10/24/2014 | Transfer | STRIPE | STRIPE | $ 99,126.00 | | $ 589,298.71 |
| 280 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 579,298.71 |
| 281 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 569,298.71 |
| 282 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 559,298.71 |
| 283 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 549,298.71 |
| 284 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 539,298.71 |
| 285 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 529,298.71 |
| 286 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 519,298.71 |
| 287 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 509,298.71 |
| 288 | 314 | 10/27/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 499,298.71 |
| 289 | 314 | 10/27/2014 | Transfer | STRIPE | STRIPE | $ 86,433.50 | | $ 585,732.21 |
| 290 | 314 | 10/27/2014 | Transfer | STRIPE | STRIPE | $ 113,937.60 | | $ 699,669.81 |
| 291 | 314 | 10/27/2014 | Transfer | STRIPE | STRIPE | $ 119,712.45 | | $ 819,382.26 |
| 292 | 314 | 10/28/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 809,382.26 |
| 293 | 314 | 10/28/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 799,382.26 |
| 294 | 314 | 10/28/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 789,382.26 |
| 295 | 314 | 10/28/2014 | Transfer | STRIPE | STRIPE | $ 77,300.40 | | $ 866,682.66 |
| 296 | 314 | 10/29/2014 | Bill Pay | Bank of America | Miscellaneous | | $ 651.00 | $ 866,031.66 |
| 297 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 90,000.00 | $ 776,031.66 |
| 298 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 766,031.66 |
| 299 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 756,031.66 |
| 300 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 746,031.66 |
| 301 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 736,031.66 |
| 302 | 314 | 10/29/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 726,031.66 |
| 303 | 314 | 10/29/2014 | Transfer | STRIPE | STRIPE | $ 114,153.45 | | $ 840,185.11 |
| 304 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 830,185.11 |
| 305 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 820,185.11 |
| 306 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 810,185.11 |
| 307 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 800,185.11 |
| 308 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 790,185.11 |
| 309 | 314 | 10/30/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 780,185.11 |
| 310 | 314 | 10/30/2014 | Transfer | STRIPE | STRIPE | $ 122,977.80 | | $ 903,162.91 |
| 311 | 314 | 10/31/2014 | Withdrawal | activity charge | Miscellaneous | | $ 7.49 | $ 903,155.42 |
| 312 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 893,155.42 |
| 313 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 883,155.42 |
| 314 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 873,155.42 |
| 315 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 863,155.42 |
| 316 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 853,155.42 |
| 317 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 843,155.42 |
| 318 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 833,155.42 |
| 319 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 823,155.42 |
| 320 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 813,155.42 |
| 321 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 803,155.42 |
| 322 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 793,155.42 |
| 323 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 783,155.42 |
| 324 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 773,155.42 |
| 325 | 314 | 10/31/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 763,155.42 |
| 326 | 314 | 10/31/2014 | Transfer | STRIPE | STRIPE | $ 162,745.20 | | $ 925,900.62 |
| 327 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 915,900.62 |
| 328 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 905,900.62 |
| 329 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 895,900.62 |
| 330 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 885,900.62 |
| 331 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 875,900.62 |
| 332 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 865,900.62 |
| 333 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 855,900.62 |
| 334 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 845,900.62 |
| 335 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 835,900.62 |
| 336 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 825,900.62 |
| 337 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 815,900.62 |
| 338 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 805,900.62 |
| 339 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 795,900.62 |
| 340 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 785,900.62 |
| 341 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 775,900.62 |
| 342 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 765,900.62 |
| 343 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 755,900.62 |
| 344 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 745,900.62 |
| 345 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 735,900.62 |
| 346 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 725,900.62 |
| 347 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 715,900.62 |
| 348 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 705,900.62 |
| 349 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 695,900.62 |

| # | | Date | Type | Payee | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 350 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 685,900.62 |
| 351 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 675,900.62 |
| 352 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 665,900.62 |
| 353 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 655,900.62 |
| 354 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 645,900.62 |
| 355 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 635,900.62 |
| 356 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 625,900.62 |
| 357 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 615,900.62 |
| 358 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 605,900.62 |
| 359 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 595,900.62 |
| 360 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 585,900.62 |
| 361 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 575,900.62 |
| 362 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 565,900.62 |
| 363 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 555,900.62 |
| 364 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 545,900.62 |
| 365 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 535,900.62 |
| 366 | 314 | 11/3/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 525,900.62 |
| 367 | 314 | 11/3/2014 | Transfer | STRIPE | STRIPE | $ 224,679.00 | | $ 750,579.62 |
| 368 | 314 | 11/3/2014 | Transfer | STRIPE | STRIPE | $ 342,549.30 | | $ 1,093,128.92 |
| 369 | 314 | 11/4/2014 | PAYMENT | Compusult | Miscellaneous | | $ 1,600.00 | $ 1,091,528.92 |
| 370 | 314 | 11/4/2014 | Visa | Markarvinal | Miscellaneous | | $ 450.00 | $ 1,091,078.92 |
| 371 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,081,078.92 |
| 372 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,071,078.92 |
| 373 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,061,078.92 |
| 374 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,051,078.92 |
| 375 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,041,078.92 |
| 376 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,031,078.92 |
| 377 | 314 | 11/4/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 1,021,078.92 |
| 378 | 314 | 11/5/2014 | Counter check | Checking Acct. 5343 | 1STBank Checking Acct. 5343 | | $ 921,078.92 | $ 100,000.00 |
| 379 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 90,000.00 |
| 380 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 80,000.00 |
| 381 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 70,000.00 |
| 382 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 60,000.00 |
| 383 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 50,000.00 |
| 384 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 40,000.00 |
| 385 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 30,000.00 |
| 386 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 20,000.00 |
| 387 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ 10,000.00 |
| 388 | 314 | 11/5/2014 | Withdrawal | Payoneer, Inc. | Payoneer, Inc. | | $ 10,000.00 | $ (0.00) |
| 389 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 10,000.00 |
| 390 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 20,000.00 |
| 391 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 30,000.00 |
| 392 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 40,000.00 |
| 393 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 50,000.00 |
| 394 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 60,000.00 |
| 395 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 70,000.00 |
| 396 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 80,000.00 |
| 397 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 90,000.00 |
| 398 | 314 | 11/6/2014 | REVERSAL | Payoneer, Inc. | Payoneer, Inc. | $ 10,000.00 | | $ 100,000.00 |
| 399 | 314 | 11/7/2014 | telephone Transfer | Checking Acct. 5343 | 1STBank Checking Acct. 5343 | | $ 100,000.00 | $ (0.00) |
| 400 | 314 | 11/26/2014 | telephone Transfer | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | | $ 99,999.00 | $ (99,999.00) |
| 401 | 314 | 11/26/2014 | Ach | Payoneer, Inc. | Payoneer, Inc. | $ 99,999.00 | | $ (0.00) |
| 402 | 314 | 12/2/2014 | telephone Transfer | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | | $ 200,000.00 | $ (200,000.00) |
| 403 | 314 | 12/2/2014 | lbt refund | Payoneer, Inc. | Payoneer, Inc. | $ 200,000.00 | | $ (0.00) |
| 404 | 314 | 12/12/2014 | lbt refund | Payoneer, Inc. | Payoneer, Inc. | $ 190,000.00 | | $ 190,000.00 |
| 405 | 314 | 12/15/2014 | telephone Transfer | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | | $ 190,000.00 | $ - |
| 406 | 314 | 1/12/2015 | telephone Transfer | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | | $ 263,680.36 | $ (263,680.36) |
| 407 | 314 | 1/12/2015 | lbt refund | Payoneer, Inc. | Payoneer, Inc. | $ 63,680.36 | | $ (200,000.00) |
| 408 | 314 | 1/12/2015 | lbt refund | Payoneer, Inc. | Payoneer, Inc. | $ 200,000.00 | | $ - |