| Work With Troy Barnes, Inc. ||||| 
|---|---|---|---|---|
| Hi-Level Summary ||||| 
| 1STBANK Account No. xxxxxx5343 ||||| 
| Nov-14 ||||| 
| Category | # of Credits | Total Credits | # of Debits | Total Debits |
| Credit Union of Colorado Acct. No. 7480 | | | 1 | $ 40,000.00 |
| Checking Acct. 6401 | | | 1 | $ 10,000.00 |
| Checking Acct. 6428 | | | 1 | $ 971,078.92 |
| Checking Acct. 0314 | 2 | $ 1,021,078.92 | | |
| Grand Total | 3 | $ 1,021,078.92 | 4 | $ 1,021,078.92 |



EXHIBIT C

| | | | Work With Troy Barnes, Inc. | | | | | |
| | | | Account Activity | | | | | |
| | | | 1STBANK Account No. xxxxxx5343 | | | | | |
| | | | Nov-14 | | | | | |
| Item | Account Number | Date | Description | Payor/Payee | Category | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5343 | 11/5/2014 | balance | | | | | $ - |
| 2 | 5343 | 11/5/2014 | deposit | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 921,078.92 | | |
| 3 | 5343 | 11/6/2014 | counter check | Kristi Johnson | Credit Union of Colorado Acct. No. 7480 | | $ 40,000.00 | |
| 4 | 5343 | 11/7/2014 | telephone transfer | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 100,000.00 | | |
| 5 | 5343 | 11/13/2014 | counter check | Checking Acct. 6401 | 1STBank Checking Acct. 6401 | | $ 10,000.00 | |
| 6 | 5343 | 11/13/2014 | counter check | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | | $ 971,078.92 | |
| 7 | 5343 | 11/26/2014 | balance | | | | | $ - |
| | | | Totals | | | $ - | $ 1,021,078.92 | |

**Work With Troy Barnes, Inc.**
**Hi-level Summary**
**1STBANK Account No. xxxxxx6428**
**November 2014 through January 2015**

| Category | # of Credits | Total Credits | # of Debits | Total Debits |
|---|---|---|---|---|
| Cash | | | 3 | $ 15,000.00 |
| Aerapay | | | 1 | $ 800,000.00 |
| Aerapass, Ltd. | | | 1 | $ 40,900.00 |
| IPAYDNA International Limited | 6 | $ 583,247.20 | | |
| Miscellaneous | 2 | $ 0.87 | 29 | $ 14,190.01 |
| 1STBank Checking Acct. 0314 | 4 | $ 753,679.36 | | |
| 1STBank Checking Acct. 5343 | 1 | $ 971,078.92 | | |
| 1STBank Checking Acct. 6401 | | | 4 | $ 145,000.00 |
| Troy Barnes | | | 6 | $ 30,000.00 |
| **Grand Total** | 13 | $ 2,308,006.35 | 43 | $ 1,045,090.01 |



EXHIBIT D

# Work With Troy Barnes, Inc.
## Account Summary
### 1STBANK Account No. xxxxxx6428
### November 2014 through January 2015

| Item | Account No. | Date | Description | Payor/Payee | Category | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 6428 | 11/13/2014 | Deposit | Checking Acct. 5343 | 1STBank Checking Acct. 5343 | $ 971,078.92 | | $ 971,078.92 |
| 2 | 6428 | 11/17/2014 | Payment | CompuSult | Miscellaneous | | $ 1,000.00 | $ 970,078.92 |
| 3 | 6428 | 11/19/2014 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 965,078.92 |
| 4 | 6428 | 11/25/2014 | Visa | MARKARVINAL | Miscellaneous | | $ 50.00 | $ 965,028.92 |
| 5 | 6428 | 11/25/2014 | Visa | ORANGEWEBSI | Miscellaneous | | $ 469.16 | $ 964,559.76 |
| 6 | 6428 | 11/26/2014 | Telephone Transfer | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 99,999.00 | | $ 1,064,558.76 |
| 7 | 6428 | 11/26/2014 | Visa | ORANGEWEBSI | Miscellaneous | | $ 15.37 | $ 1,064,543.39 |
| 8 | 6428 | 11/26/2014 | Visa | MAHMOUD190T | Miscellaneous | | $ 500.00 | $ 1,064,043.39 |
| 9 | 6428 | 11/26/2014 | Visa | OPBUSINESS | Miscellaneous | | $ 97.00 | $ 1,063,946.39 |
| 10 | 6428 | 11/26/2014 | Visa | ORANGEWEBSI | Miscellaneous | | $ 31.40 | $ 1,063,914.99 |
| 11 | 6428 | 11/28/2014 | Activity Charge | Activity Charge | Miscellaneous | | $ 2.06 | $ 1,063,912.93 |
| 12 | 6428 | 12/1/2014 | bill pay | Bank Of America | Miscellaneous | | $ 0.87 | $ 1,063,912.06 |
| 13 | 6428 | 12/1/2014 | withdrawal | Checking Acct. 6401 | 1STBank Checking Acct. 6401 | | $ 20,000.00 | $ 1,043,912.06 |
| 14 | 6428 | 12/1/2014 | Visa | ACN Digital Phine | Miscellaneous | | $ 43.42 | $ 1,043,868.64 |
| 15 | 6428 | 12/1/2014 | reversal bill pay | Bank Of America | Miscellaneous | $ 0.02 | | $ 1,043,868.66 |
| 16 | 6428 | 12/1/2014 | reversal bill pay | Bank Of America | Miscellaneous | $ 0.85 | | $ 1,043,869.51 |
| 17 | 6428 | 12/2/2014 | Telephone Transfer | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 200,000.00 | | $ 1,243,869.51 |
| 18 | 6428 | 12/2/2014 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 1,238,869.51 |
| 19 | 6428 | 12/2/2014 | bill pay | Bank Of America | Miscellaneous | | $ 302.00 | $ 1,238,567.51 |
| 20 | 6428 | 12/2/2014 | Visa | MARKARVINAL | Miscellaneous | | $ 450.00 | $ 1,238,117.51 |
| 21 | 6428 | 12/3/2014 | Payment | CompuSult | Miscellaneous | | $ 1,600.00 | $ 1,236,517.51 |
| 22 | 6428 | 12/5/2014 | Visa | ACN Digital Phine | Miscellaneous | | $ 38.10 | $ 1,236,479.41 |
| 23 | 6428 | 12/10/2014 | counter check | cash | Cash | | $ 10,000.00 | $ 1,226,479.41 |
| 24 | 6428 | 12/11/2014 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 1,221,479.41 |
| 25 | 6428 | 12/12/2014 | Visa | MAHMOUD190T | Miscellaneous | | $ 500.00 | $ 1,220,979.41 |
| 26 | 6428 | 12/12/2014 | Payment | CompuSult | Miscellaneous | | $ 1,000.00 | $ 1,219,979.41 |
| 27 | 6428 | 12/15/2014 | Telephone Transfer | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 190,000.00 | | $ 1,409,979.41 |
| 28 | 6428 | 12/17/2014 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 1,404,979.41 |
| 29 | 6428 | 12/22/2014 | counter check | Checking Acct. 6401 | 1STBank Checking Acct. 6401 | | $ 100,000.00 | $ 1,304,979.41 |
| 30 | 6428 | 12/26/2014 | Visa | ORANGEWEBSI | Miscellaneous | | $ 460.74 | $ 1,304,518.67 |
| 31 | 6428 | 12/29/2014 | Payment | CompuSult | Miscellaneous | | $ 2,600.00 | $ 1,301,918.67 |
| 32 | 6428 | 12/29/2014 | Visa | MARKARVINAL | Miscellaneous | | $ 1,000.00 | $ 1,300,918.67 |
| 33 | 6428 | 12/30/2014 | Visa | ORANGEWEBSI | Miscellaneous | | $ 47.40 | $ 1,300,871.27 |
| 34 | 6428 | 12/31/2014 | withdrawal | Carol Achieve | Miscellaneous | | $ 1,500.00 | $ 1,299,371.27 |
| 35 | 6428 | 12/31/2014 | Activity Charge | Activity Charge | Miscellaneous | | $ 10.12 | $ 1,299,361.15 |
| 36 | 6428 | 12/31/2014 | wire | IPAYDNA International Limited | IPAYDNA International Limited | $ 49,960.15 | | $ 1,349,321.30 |
| 37 | 6428 | 1/5/2015 | transfer | STRIPE | STRIPE | $ 187,193.38 | | $ 1,536,514.68 |
| 38 | 6428 | 1/5/2015 | Visa | ACN Digital Phine | Miscellaneous | | $ 37.56 | $ 1,536,477.12 |
| 39 | 6428 | 1/6/2015 | Visa | ORANGEWEBSI | Miscellaneous | | $ 34.12 | $ 1,536,443.00 |
| 40 | 6428 | 1/7/2015 | wire | IPAYDNA International Limited | IPAYDNA International Limited | $ 208,902.71 | | $ 1,745,345.71 |
| 41 | 6428 | 1/8/2015 | counter check | Checking Acct. 6401 | 1STBank Checking Acct. 6401 | | $ 20,000.00 | $ 1,725,345.71 |
| 42 | 6428 | 1/9/2015 | wire | IPAYDNA International Limited | IPAYDNA International Limited | $ 103,168.95 | | $ 1,828,514.66 |
| 43 | 6428 | 1/12/2015 | Telephone Transfer | Checking Acct. 0314 | 1STBank Checking Acct. 0314 | $ 263,680.36 | | $ 2,092,195.02 |
| 44 | 6428 | 1/14/2015 | bill pay | Bank Of America | Miscellaneous | | $ 124.00 | $ 2,092,071.02 |
| 45 | 6428 | 1/16/2015 | withdrawal | Support Achieve | Miscellaneous | | $ 1,500.00 | $ 2,090,571.02 |
| 46 | 6428 | 1/20/2015 | wire | IPAYDNA International Limited | IPAYDNA International Limited | $ 18,038.62 | | $ 2,108,609.64 |
| 47 | 6428 | 1/22/2015 | withdrawal | Checking Acct. 6401 | 1STBank Checking Acct. 6401 | | $ 5,000.00 | $ 2,103,609.64 |
| 48 | 6428 | 1/23/2015 | wire | IPAYDNA International Limited | IPAYDNA International Limited | $ 15,983.39 | | $ 2,119,593.03 |
| 49 | 6428 | 1/23/2015 | WIRE | Aerapass, Ltd. | Aerapass, Ltd. | | $ 40,900.00 | $ 2,078,693.03 |
| 50 | 6428 | 1/27/2015 | Visa | ORANGEWEBSI | Miscellaneous | | $ 468.33 | $ 2,078,224.70 |
| 51 | 6428 | 1/28/2015 | counter check | cash | Cash | | $ 5,000.00 | $ 2,073,224.70 |
| 52 | 6428 | 1/29/2015 | bill pay | Bank Of America | Miscellaneous | | $ 223.00 | $ 2,073,001.70 |
| 53 | 6428 | 1/29/2015 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 2,068,001.70 |
| 54 | 6428 | 1/30/2015 | withdrawal | Aerapay | Aerapay | | $ 800,000.00 | $ 1,268,001.70 |
| 55 | 6428 | 1/30/2015 | Activity Charge | Activity Charge | Miscellaneous | | $ 85.36 | $ 1,267,916.34 |
| 56 | 6428 | 1/30/2015 | Visa | Troy Barnes | Troy Barnes | | $ 5,000.00 | $ 1,262,916.34 |

| Category | # of Credits | Total Credits | # of Debits | Total Debits |
|---|---|---|---|---|
| **Achieve International, LLC** | | | | |
| **Hi-Level Summary** | | | | |
| **1STBANK Account No. xxxxxx6401** | | | | |
| **November 2014 through January 2015** | | | | |
| Colorado Credit Union Acct. No. 7480 | | | 2 | $ 110,000.00 |
| Miscellaneous | 6 | $ 781.93 | 16 | $ 11,213.87 |
| 1STBank Checking Acct. 6428 | 4 | $ 145,000.00 | | |
| 1STBank Checking Acct. 5343 | 1 | $ 10,000.00 | | |
| ScottTrade | | | 1 | $ 25,000.00 |
| **Grand Total** | 11 | $ 155,781.93 | 19 | $ 146,213.87 |



EXHIBIT E

## Achieve International, LLC
### Account Activity
### 1STBANK Account No. xxxxxx6401
### November 2014 through January 2015

| Item | Account Number | Date | Description | Payor/Payee | Category | Credit | Debit | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 6401 | 11/13/2014 | deposit | Checking Acct. 5343 | 1STBank Checking Acct. 5343 | $ 10,000.00 | | $ 10,000.00 |
| 2 | 6401 | 12/1/2014 | deposit | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | $ 20,000.00 | | $ 30,000.00 |
| 3 | 6401 | 12/3/2014 | VISA | WEIWEISHOP365.COM | Miscellaneous | | $ 50.92 | $ 29,949.08 |
| 4 | 6401 | 12/3/2014 | VISA | WEIWEISHOP365.COM | Miscellaneous | | $ 50.92 | $ 29,898.16 |
| 5 | 6401 | 12/8/2014 | VISA | WEIWEISHOP365.COM | Miscellaneous | | $ 51.04 | $ 29,847.12 |
| 6 | 6401 | 12/12/2014 | VISA | WorklreadytAchieve | Miscellaneous | | $ 50.00 | $ 29,797.12 |
| 7 | 6401 | 12/15/2014 | VISA | Michael P. Merrion PC | Miscellaneous | | $ 225.00 | $ 29,572.12 |
| 8 | 6401 | 12/22/2014 | VISA | Amazon.com | Miscellaneous | | $ 41.00 | $ 29,531.12 |
| 9 | 6401 | 12/22/2014 | VISA | Amazon.com | Miscellaneous | | $ 44.00 | $ 29,487.12 |
| 10 | 6401 | 12/22/2014 | VISA | Amazon.com | Miscellaneous | | $ 44.00 | $ 29,443.12 |
| 11 | 6401 | 12/22/2014 | VISA | KONGREGATE, INC. | Miscellaneous | | $ 20.00 | $ 29,423.12 |
| 12 | 6401 | 12/22/2014 | VISA | KONGREGATE, INC. | Miscellaneous | | $ 100.00 | $ 29,323.12 |
| 13 | 6401 | 12/22/2014 | VISA | KONGREGATE, INC. | Miscellaneous | | $ 100.00 | $ 29,223.12 |
| 14 | 6401 | 12/22/2014 | VISA | KONGREGATE, INC. | Miscellaneous | | $ 100.00 | $ 29,123.12 |
| 15 | 6401 | 12/22/2014 | deposit | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | $ 100,000.00 | | $ 129,123.12 |
| 16 | 6401 | 12/23/2014 | check 1000 | ScottTrade | ScottTrade | | $ 25,000.00 | $ 104,123.12 |
| 17 | 6401 | 12/23/2014 | VISA | SKR*SKRILL.COM | Miscellaneous | | $ 12.68 | $ 104,110.44 |
| 18 | 6401 | 12/23/2014 | deposit | CADJ | Miscellaneous | $ 461.68 | | $ 104,572.12 |
| 19 | 6401 | 12/29/2014 | check 1001 | New Dawn Church | Miscellaneous | | $ 10,000.00 | $ 94,572.12 |
| 20 | 6401 | 12/30/2014 | VISA | KONGREGATE, INC. | Miscellaneous | $ 20.00 | | $ 94,592.12 |
| 21 | 6401 | 12/30/2014 | VISA | KONGREGATE, INC. | Miscellaneous | $ 100.00 | | $ 94,692.12 |
| 22 | 6401 | 12/30/2014 | VISA | KONGREGATE, INC. | Miscellaneous | $ 100.00 | | $ 94,792.12 |
| 23 | 6401 | 12/30/2014 | VISA | KONGREGATE, INC. | Miscellaneous | $ 100.00 | | $ 94,892.12 |
| 24 | 6401 | 12/31/2014 | withdrawal | Card Adjustment | Miscellaneous | | $ 320.00 | $ 94,572.12 |
| 25 | 6401 | 12/31/2014 | withdrawal | activity charge | Miscellaneous | | $ 4.31 | $ 94,567.81 |
| 26 | 6401 | 1/2/2015 | deposit | Refund Of Foreign Conversion | Miscellaneous | $ 0.25 | | $ 94,568.06 |
| 27 | 6401 | 1/8/2015 | check 1002 | Cash | Colorado Credit Union Accct. No. 7480 | | $ 90,000.00 | $ 4,568.06 |
| 28 | 6401 | 1/8/2015 | deposit | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | $ 20,000.00 | | $ 24,568.06 |
| 29 | 6401 | 1/22/2015 | deposit | Checking Acct. 6428 | 1STBank Checking Acct. 6428 | $ 5,000.00 | | $ 29,568.06 |
| 30 | 6401 | 1/30/2015 | check 1003 | Cash | Colorado Credit Union Acct. No. 7480 | | $ 20,000.00 | $ 9,568.06 |

| Kristie Johnson | | | | |
|---|---|---|---|---|
| Credit Union Of Colorado Acct. No. xxxxxx7480 | | | | |
| High Level Summary | | | | |
| May 30, 2014 through January 30, 2015 | | | | |
| Category | # of Deposits | Deposits | # of Withdrawals | Withdrawals |
| Work With Troy Barnes, Inc. Acct. No. 0314 | 17 | $ 41,377.49 | | |
| Achieve International, LLC Acct. No. 6401 | 2 | $ 110,000.00 | | |
| Cash | 5 | $ 7,298.60 | 2 | $ (1,522.51) |
| Credit Card | | | 34 | $ (25,736.33) |
| Mike Naughton Ford | | | 1 | $ (34,719.96) |
| Miscellaneous | 27 | $ 1,317.44 | 6 | $ (1,807.14) |
| New Dawn | | | 5 | $ (11,660.00) |
| PAYONEER #3 | 6 | $ 20,500.00 | | |
| Share Transfers | 19 | $ 61,794.63 | 19 | $ (61,794.63) |
| The Achieve Community | 1 | $ 100.00 | | |
| Unknown | | | 7 | $ (3,621.58) |
| Work With Troy Barnes, Inc. | 2 | $ 40,100.00 | | |
| Grand Total | 79 | $ 282,488.16 | 74 | $ (140,862.15) |



EXHIBIT F

**Kristie Johnson**
**Credit Union Of Colorado Bank Acct. N0. xxxxxx7480**
**Activity Report**
**May 30, 2014 through January 30, 2015**

| Item | Acct. No. | Date | Description | Payor/Payee | Deposits | Withdrawals | Category |
|---|---|---|---|---|---|---|---|
| 1 | 7480 | 5/30/2014 | Cash Deposit | Cash | $ 498.60 | | Cash |
| 2 | 7480 | 5/30/2014 | Cash Deposit | Cash | $ 100.00 | | Cash |
| 3 | 7480 | 5/30/2014 | Cash Payment | Cash | | $ (400.00) | Cash |
| 4 | 7480 | 6/2/2014 | Credit Card | SKINNYBODYCARE | $ 65.92 | | Miscellaneous |
| 5 | 7480 | 6/2/2014 | Credit Card | Work With Troy Barnes, Inc. | $ 100.00 | | Work With Troy Barnes, Inc. |
| 6 | 7480 | 6/3/2014 | Home Bankin... | To Loan 35 | $ 100.00 | | Share Transfers |
| 7 | 7480 | 6/3/2014 | Home Bankin... | From Share 8 | | $ (100.00) | Share Transfers |
| 8 | 7480 | 6/4/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (100.00) | Credit Card |
| 9 | 7480 | 6/13/2014 | ACH Withdra... | DISCOVER | | $ (200.00) | Credit Card |
| 10 | 7480 | 6/18/2014 | ACH Deposit | Commissions | $ 38.30 | | Miscellaneous |
| 11 | 7480 | 6/20/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (80.00) | Credit Card |
| 12 | 7480 | 6/20/2014 | ACH Withdra... | CARDMEMBER SERV | | $ (60.00) | Miscellaneous |
| 13 | 7480 | 6/20/2014 | ACH Withdra... | CHASE | | $ (40.00) | Credit Card |
| 14 | 7480 | 6/23/2014 | ACH Withdra... | COMMERCEBANKCARD | | $ (60.00) | Credit Card |
| 15 | 7480 | 6/26/2014 | Home Bankin... | To Share 1 | | $ (200.00) | Share Transfers |
| 16 | 7480 | 6/26/2014 | Home Bankin... | From Share 8 | $ 200.00 | | Share Transfers |
| 17 | 7480 | 6/26/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 18 | 7480 | 6/27/2014 | Check Paym... | Check Payment | | $ (130.45) | Miscellaneous |
| 19 | 7480 | 6/27/2014 | ACH Deposit | Commissions | $ 123.56 | | Miscellaneous |
| 20 | 7480 | 6/30/2014 | Dividend Dep... | Dividend | $ 0.12 | | Miscellaneous |
| 21 | 7480 | 6/30/2014 | Credit Card | 101NetSolut | $ 39.00 | | Miscellaneous |
| 22 | 7480 | 6/30/2014 | Credit Card | SKINNYBODYCARE | $ 65.92 | | Miscellaneous |
| 23 | 7480 | 6/30/2014 | Credit Card | The Achieve Community | $ 100.00 | | The Achieve Community |
| 24 | 7480 | 7/3/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (60.00) | Credit Card |
| 25 | 7480 | 7/8/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 5,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 26 | 7480 | 7/8/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 500.00 | | Achieve International, LLC Acct. No. 0314 |
| 27 | 7480 | 7/9/2014 | Home Bankin... | To Share 1 | | $ (3,000.00) | Share Transfers |
| 28 | 7480 | 7/9/2014 | Home Bankin... | From Share 8 | $ 3,000.00 | | Share Transfers |
| 29 | 7480 | 7/9/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (1,000.00) | Credit Card |
| 30 | 7480 | 7/9/2014 | ACH Withdra... | CHASE | | $ (500.00) | Credit Card |
| 31 | 7480 | 7/9/2014 | ACH Withdra... | DISCOVER | | $ (200.00) | Credit Card |
| 32 | 7480 | 7/10/2014 | ACH Deposit | PAYPAL | $ 39.00 | | Miscellaneous |
| 33 | 7480 | 7/14/2014 | ACH Withdra... | DISCOVER | | $ (1,000.00) | Credit Card |
| 34 | 7480 | 7/15/2014 | Check No. 1532 | Draft Number: 1532 | | $ (114.00) | Unknown |
| 35 | 7480 | 7/21/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 2,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 36 | 7480 | 7/22/2014 | ACH Withdra... | CARDMEMBER SERV | | $ (500.00) | Miscellaneous |
| 37 | 7480 | 7/22/2014 | ACH Withdra... | COMMERCEBANKCARD | | $ (500.00) | Credit Card |
| 38 | 7480 | 7/25/2014 | Home Bankin... | To Loan 35 | $ 200.00 | | Share Transfers |
| 39 | 7480 | 7/25/2014 | Home Bankin... | From Share 8 | | $ (200.00) | Share Transfers |
| 40 | 7480 | 7/25/2014 | ACH Deposit | SKINNYBODYCARE | $ 58.00 | | Miscellaneous |
| 41 | 7480 | 7/28/2014 | Credit Card | SKINNYBODYCARE | $ 65.92 | | Miscellaneous |
| 42 | 7480 | 8/1/2014 | Check No. 1534 | Draft Number: 1534 | | $ (700.00) | Unknown |
| 43 | 7480 | 8/1/2014 | Home Bankin... | To Share 8 | | $ (700.00) | Share Transfers |
| 44 | 7480 | 8/1/2014 | Home Bankin... | From Share 1 | $ 700.00 | | Share Transfers |
| 45 | 7480 | 8/4/2014 | Credit Card | Amazon Services-Kindle | $ 3.99 | | Miscellaneous |
| 46 | 7480 | 8/4/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,400.00 | | Achieve International, LLC Acct. No. 0314 |
| 47 | 7480 | 8/4/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 48 | 7480 | 8/4/2014 | ACH Withdra... | MARK ARVIN ALAGO | | $ (450.00) | Miscellaneous |
| 49 | 7480 | 8/5/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (200.00) | Credit Card |
| 50 | 7480 | 8/7/2014 | ACH Withdra... | DISCOVER | | $ (1,000.00) | Credit Card |
| 51 | 7480 | 8/11/2014 | Home Bankin... | To Share 8 | | $ (1,900.00) | Share Transfers |
| 52 | 7480 | 8/11/2014 | Home Bankin... | From Share 1 | $ 1,900.00 | | Share Transfers |
| 53 | 7480 | 8/11/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,900.00 | | Achieve International, LLC Acct. No. 0314 |
| 54 | 7480 | 8/11/2014 | ACH Withdra... | CHASE | | $ (200.00) | Credit Card |
| 55 | 7480 | 8/12/2014 | Credit Card | Amazon Services-Kindle | $ 3.49 | | Miscellaneous |
| 56 | 7480 | 8/13/2014 | ACH Withdra... | DISCOVER | | $ (1,000.00) | Credit Card |
| 57 | 7480 | 8/13/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (1,000.00) | Credit Card |

| # | Acct | Date | Type | Description | Amount In | Amount Out | Category |
|---|---|---|---|---|---|---|---|
| 58 | 7480 | 8/18/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,900.00 | | Achieve International, LLC Acct. No. 0314 |
| 59 | 7480 | 8/19/2014 | Home Bankin... | To Share 1 | | $ (500.00) | Share Transfers |
| 60 | 7480 | 8/19/2014 | Home Bankin... | From Share 8 | $ 500.00 | | Share Transfers |
| 61 | 7480 | 8/25/2014 | ACH Withdra... | CARDMEMBER SERV | | $ (200.00) | Miscellaneous |
| 62 | 7480 | 8/25/2014 | ACH Withdra... | COMMERCEBANKCARD | | $ (200.00) | Credit Card |
| 63 | 7480 | 8/26/2014 | Home Bankin... | To Loan 35 | $ 500.00 | | Share Transfers |
| 64 | 7480 | 8/26/2014 | Home Bankin... | From Share 8 | | $ (500.00) | Share Transfers |
| 65 | 7480 | 8/26/2014 | ACH Deposit | PAYONEER #3 | $ 2,500.00 | | PAYONEER #3 |
| 66 | 7480 | 8/27/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (200.00) | Credit Card |
| 67 | 7480 | 8/29/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 3,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 68 | 7480 | 9/3/2014 | Check No. 1535 | Draft Number: 1535 | | $ (850.00) | Unknown |
| 69 | 7480 | 9/5/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 3,800.00 | | Achieve International, LLC Acct. No. 0314 |
| 70 | 7480 | 9/5/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 500.00 | | Achieve International, LLC Acct. No. 0314 |
| 71 | 7480 | 9/9/2014 | ACH Withdra... | DISCOVER | | $ (1,000.00) | Credit Card |
| 72 | 7480 | 9/9/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (1,000.00) | Credit Card |
| 73 | 7480 | 9/9/2014 | ACH Withdra... | CHASE | | $ (1,000.00) | Credit Card |
| 74 | 7480 | 9/10/2014 | Check No. 1537 | Draft Number: 1537 | | $ (550.00) | Unknown |
| 75 | 7480 | 9/10/2014 | Check No. 1536 | Draft Number: 1536 | | $ (22.00) | Unknown |
| 76 | 7480 | 9/12/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 3,577.49 | | Achieve International, LLC Acct. No. 0314 |
| 77 | 7480 | 9/12/2014 | Cash Payment | Cash | | $ (1,122.51) | Cash |
| 78 | 7480 | 9/12/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 600.00 | | Achieve International, LLC Acct. No. 0314 |
| 79 | 7480 | 9/15/2014 | Credit Card | Amazon Digital Services | $ 9.99 | | Miscellaneous |
| 80 | 7480 | 9/16/2014 | Check No. 1538 | Draft Number: 1538 | | $ (600.00) | Unknown |
| 81 | 7480 | 9/16/2014 | ACH Withdra... | DISCOVER | | $ (1,000.00) | Credit Card |
| 82 | 7480 | 9/18/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 4,400.00 | | Achieve International, LLC Acct. No. 0314 |
| 83 | 7480 | 9/18/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 84 | 7480 | 9/23/2014 | ACH Withdra... | COMMERCEBANKCARD | | $ (1,153.64) | Credit Card |
| 85 | 7480 | 9/23/2014 | ACH Withdra... | CARDMEMBER SERV | | $ (466.69) | Miscellaneous |
| 86 | 7480 | 9/23/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (200.00) | Credit Card |
| 87 | 7480 | 9/24/2014 | Fee Advance | Card Fee | $ 0.17 | | Miscellaneous |
| 88 | 7480 | 9/24/2014 | Credit Card | Icelandair Saga Shop | $ 16.73 | | Miscellaneous |
| 89 | 7480 | 9/24/2014 | Fee Advance | Card Fee | $ 1.24 | | Miscellaneous |
| 90 | 7480 | 9/24/2014 | Credit Card | HM Passport Office | $ 123.92 | | Miscellaneous |
| 91 | 7480 | 9/25/2014 | Fee Advance | Card Fee | $ 1.99 | | Miscellaneous |
| 92 | 7480 | 9/25/2014 | Credit Card | Tesco Stores | $ 198.95 | | Miscellaneous |
| 93 | 7480 | 9/30/2014 | Dividend Dep... | Dividend | $ 1.47 | | Miscellaneous |
| 94 | 7480 | 10/1/2014 | Home Bankin... | To Loan 35 | $ 352.99 | | Share Transfers |
| 95 | 7480 | 10/1/2014 | Home Bankin... | From Share 8 | | $ (352.99) | Share Transfers |
| 96 | 7480 | 10/3/2014 | Home Bankin... | To Share 1 | | $ (5,000.00) | Share Transfers |
| 97 | 7480 | 10/3/2014 | Home Bankin... | From Share 8 | $ 5,000.00 | | Share Transfers |
| 98 | 7480 | 10/7/2014 | ACH Deposit | PAYONEER #3 | $ 4,000.00 | | PAYONEER #3 |
| 99 | 7480 | 10/10/2014 | ACH Withdra... | DISCOVER | | $ (4,001.14) | Credit Card |
| 100 | 7480 | 10/10/2014 | ACH Deposit | PAYONEER #3 | $ 4,000.00 | | PAYONEER #3 |
| 101 | 7480 | 10/13/2014 | Credit Card | Amazon Digital Services | $ 9.99 | | Miscellaneous |
| 102 | 7480 | 10/20/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 1,800.00 | | Achieve International, LLC Acct. No. 0314 |
| 103 | 7480 | 10/20/2014 | Cash Deposit | Work With Troy Barnes, Inc. Acct. No. 0314 | $ 8,000.00 | | Achieve International, LLC Acct. No. 0314 |
| 104 | 7480 | 10/20/2014 | ACH Withdra... | CHASE | | $ (1,000.00) | Credit Card |
| 105 | 7480 | 10/21/2014 | Check 1539 | New Dawn | | $ (1,400.00) | New Dawn |
| 106 | 7480 | 10/21/2014 | Fee Advance | Card Fee | $ 0.25 | | Miscellaneous |
| 107 | 7480 | 10/21/2014 | Credit Card | Icelandair Saga Shop | $ 24.98 | | Miscellaneous |
| 108 | 7480 | 10/21/2014 | Draft Withdra... | CITI CARD ONLINE | | $ (1,000.00) | Credit Card |
| 109 | 7480 | 10/21/2014 | ACH Deposit | PAYONEER #3 | $ 4,000.00 | | PAYONEER #3 |
| 110 | 7480 | 10/27/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (1,000.00) | Credit Card |
| 111 | 7480 | 10/28/2014 | Check 1540 | New Dawn | | $ (1,300.00) | New Dawn |
| 112 | 7480 | 10/29/2014 | Home Bankin... | To Loan 35 | $ 35.22 | | Share Transfers |
| 113 | 7480 | 10/29/2014 | Home Bankin... | From Share 8 | | $ (35.22) | Share Transfers |
| 114 | 7480 | 10/30/2014 | ACH Deposit | PAYONEER #3 | $ 2,000.00 | | PAYONEER #3 |
| 115 | 7480 | 11/5/2014 | Deposit | Cash | $ 2,500.00 | | Cash |
| 116 | 7480 | 11/6/2014 | Deposit | Cash | $ 2,500.00 | | Cash |
| 117 | 7480 | 11/6/2014 | Check Deposit | Work With Troy Barnes, Inc. Acct. No. 5343 | $ 40,000.00 | | Work With Troy Barnes, Inc. |
| 118 | 7480 | 11/6/2014 | ACH Deposit | PAYONEER #3 | $ 4,000.00 | | PAYONEER #3 |
| 119 | 7480 | 11/7/2014 | Deposit | Cash | $ 1,700.00 | | Cash |
| 120 | 7480 | 11/10/2014 | ACH Withdra... | CHASE | | $ (1,058.00) | Credit Card |

| # | Acct | Date | Type | Description | Deposit | Withdrawal | Category |
|---|---|---|---|---|---|---|---|
| 121 | 7480 | 11/10/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (998.95) | Credit Card |
| 122 | 7480 | 11/10/2014 | ACH Withdra... | CITI CARD ONLINE | | $ (674.45) | Credit Card |
| 123 | 7480 | 11/10/2014 | ACH Withdra... | DISCOVER | | $ (289.23) | Credit Card |
| 124 | 7480 | 11/12/2014 | Check 1541 | New Dawn | | $ (4,000.00) | New Dawn |
| 125 | 7480 | 11/13/2014 | Credit Card | Amazon Digital Services | $ 9.99 | | Miscellaneous |
| 126 | 7480 | 11/15/2014 | Home Bankin... | To Share 8 | | $ (10,000.00) | Share Transfers |
| 127 | 7480 | 11/15/2014 | Home Bankin... | From Share 1 | $ 10,000.00 | | Share Transfers |
| 128 | 7480 | 11/17/2014 | Credit Card | DGSLOGISTIC | $ 386.44 | | Miscellaneous |
| 129 | 7480 | 11/17/2014 | Transfer Dep... | From Share 1 | $ 24,000.00 | | Share Transfers |
| 130 | 7480 | 11/17/2014 | Withdrawal T... | To Share 8 | | $ (24,000.00) | Share Transfers |
| 131 | 7480 | 11/18/2014 | Check 1542 | Mike Naughton Ford | | $ (34,719.96) | Mike Naughton Ford |
| 132 | 7480 | 11/22/2014 | Home Bankin... | To Loan 35 | $ 396.43 | | Share Transfers |
| 133 | 7480 | 11/22/2014 | Home Bankin... | From Share 8 | | $ (396.43) | Share Transfers |
| 134 | 7480 | 12/2/2014 | Check 1543 | New Dawn | | $ (2,960.00) | New Dawn |
| 135 | 7480 | 12/7/2014 | Home Bankin... | To Share 8 | | $ (2,700.00) | Share Transfers |
| 136 | 7480 | 12/7/2014 | Home Bankin... | From Share 1 | $ 2,700.00 | | Share Transfers |
| 137 | 7480 | 12/9/2014 | Check 1544 | New Dawn | | $ (2,000.00) | New Dawn |
| 138 | 7480 | 12/9/2014 | ACH Withdra... | DISCOVER | | $ (1,423.54) | Credit Card |
| 139 | 7480 | 12/15/2014 | Credit Card | Amazon Digital Services | $ 9.99 | | Miscellaneous |
| 140 | 7480 | 12/31/2014 | Dividend Dep... | Dividend | $ 8.13 | | Miscellaneous |
| 141 | 7480 | 1/7/2015 | Home Bankin... | To Loan 35 | $ 9.99 | | Share Transfers |
| 142 | 7480 | 1/7/2015 | Home Bankin... | From Share 8 | | $ (9.99) | Share Transfers |
| 143 | 7480 | 1/8/2015 | Check Deposit | Achieve International, LLC Acct. No. 6401 | $ 90,000.00 | | Achieve International, LLC Acct. No. 6401 |
| 144 | 7480 | 1/13/2015 | Home Bankin... | To Share 8 | | $ (2,000.00) | Share Transfers |
| 145 | 7480 | 1/13/2015 | Home Bankin... | From Share 1 | $ 2,000.00 | | Share Transfers |
| 146 | 7480 | 1/13/2015 | Credit Card | Amazon Digital Services | $ 9.99 | | Miscellaneous |
| 147 | 7480 | 1/15/2015 | Home Bankin... | To Share 8 | | $ (200.00) | Share Transfers |
| 148 | 7480 | 1/15/2015 | Home Bankin... | From Share 1 | $ 200.00 | | Share Transfers |
| 149 | 7480 | 1/16/2015 | ACH Withdra... | DISCOVER | | $ (1,397.38) | Credit Card |
| 150 | 7480 | 1/20/2015 | Check No. 1545 | Draft Number: 1545 | | $ (785.58) | Unknown |
| 151 | 7480 | 1/29/2015 | Home Bankin... | To Share 8 | | $ (10,000.00) | Share Transfers |
| 152 | 7480 | 1/29/2015 | Home Bankin... | From Share 1 | $ 10,000.00 | | Share Transfers |
| 153 | 7480 | 1/30/2015 | Check Deposit | Achieve International, LLC Acct. No. 6401 | $ 20,000.00 | | Achieve International, LLC Acct. No. 6401 |

**EXHIBIT 6**

| | Work With Troy Barnes, Inc./Achieve International, LLC | | | | | Kristi Johnson | | | |
| | 1st Bank Acct. No. xxxxxx0314 and xxxxxx6401 | | | | | Credit Union of Colorado Acct. No. xxxxxx7480 | | | |
| | Summary of Checks Payable to Cash | | | | | Summary of Deposited Cash and Checks Payable to Cash | | | |
| | June 26, 2014 through January 30, 2015 | | | | | June 26, 2014 through January 30, 2015 | | | |
| Item | Date | Acct. No. | Description | Payee | Amount | Date | Description | Payor | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/26/2014 | 314 | Counter check | Cash | $ 1,000.00 | 6/26/2014 | Cash Deposit | Cash | $ 1,000.00 |
| 2 | 7/8/2014 | 314 | Counter check | Cash | $ 5,550.00 | 7/8/2014 | Cash Deposit | Cash | $ 5,000.00 |
| | | | | | | 7/8/2014 | Cash Deposit | Cash | $ 500.00 |
| 3 | 7/21/2014 | 314 | Counter check | Cash | $ 2,000.00 | 7/21/2014 | Cash Deposit | Cash | $ 2,000.00 |
| 4 | 8/4/2014 | 314 | Counter check | Cash | $ 2,450.00 | 8/4/2014 | Cash Deposit | Cash | $ 1,400.00 |
| | | | | | | 8/4/2014 | Cash Deposit | Cash | $ 1,000.00 |
| 5 | 8/11/2014 | 314 | Counter check | Cash | $ 2,000.00 | 8/11/2014 | Cash Deposit | Cash | $ 1,900.00 |
| 6 | 8/18/2014 | 314 | Counter check | Cash | $ 2,000.00 | 8/18/2014 | Cash Deposit | Cash | $ 1,900.00 |
| 7 | 8/29/2014 | 314 | Counter check | Cash | $ 3,000.00 | 8/29/2014 | Cash Deposit | Cash | $ 3,000.00 |
| 8 | 9/5/2014 | 314 | Counter check | Cash | $ 4,500.00 | 9/5/2014 | Cash Deposit | Cash | $ 3,800.00 |
| | | | | | | 9/5/2014 | Cash Deposit | Cash | $ 500.00 |
| 9 | 9/12/2014 | 314 | Counter check | Cash | $ 5,400.00 | 9/12/2014 | Cash Deposit | Cash | $ 3,577.49 |
| | | | | | | 9/12/2014 | Cash Deposit | Cash | $ 600.00 |
| 10 | 9/18/2014 | 314 | Counter check | Cash | $ 5,400.00 | 9/18/2014 | Cash Deposit | Cash | $ 4,400.00 |
| | | | | | | 9/18/2014 | Cash Deposit | Cash | $ 1,000.00 |
| 11 | 10/20/2014 | 314 | Counter check | Cash | $ 10,000.00 | 10/20/2014 | Cash Deposit | Cash | $ 1,800.00 |
| | | | | | | 10/20/2014 | Cash Deposit | Cash | $ 8,000.00 |
| 12 | 1/8/2015 | 6401 | check 1002 | Cash | $ 90,000.00 | 1/8/2015 | Check Deposit | Achieve Int'l, LLC Acct. No. 6401 | $ 90,000.00 |
| 13 | 1/30/2015 | 6401 | check 1003 | Cash | $ 20,000.00 | 1/30/2015 | Check Deposit | Achieve Int'l, LLC Acct. No. 6401 | $ 20,000.00 |
| | | Total | | | $ 153,300.00 | | Total | | $ 151,377.49 |

Difference = $1,962.51

 

Account: ████0314 Sequence:92574130 Amount:$1,000.00 Date:06/26/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379

 

Account:3791011010 Sequence:92574140 Amount:$1,000.00 Date:06/26/2014 Serial:12 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: ████0314 Sequence:93639950 Amount:$5,550.00 Date:07/08/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:93639960 Amount:$5,550.00 Date:07/08/2014 Serial:8 Debit/Credit:C
Trancode:20 TransactionBranch:379