


Account: ████0314 Sequence:93980810 Amount:$2,000.00 Date:07/21/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:93980820 Amount:$2,000.00 Date:07/21/2014 Serial:13 Debit/Credit:C
Trancode:20 TransactionBranch:379

 

Account: ████0314 Sequence:96293010 Amount:$2,450.00 Date:08/04/2014 Serial:0 Debit/Credit·D
Trancode:89 TransactionBranch:379

 

Account:3791011010 Sequence:96293020 Amount:$2,450.00 Date:08/04/2014 Serial:12 Debit/Credit:C
Trancode:29 TransactionBranch:379





Account:　　　0314 Sequence:96293010 Amount:$2,450.00 Date:08/04/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379





Account:3791011010 Sequence:96293020 Amount:$2,450.00 Date:08/04/2014 Serial:12 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: ████0314  Sequence:92972700  Amount:$2,000.00  Date:08/11/2014  Serial:0  Debit/Credit:D
Trancode:89  TransactionBranch:379




Account:3791011010  Sequence:92972710  Amount:$2,000.00  Date:08/11/2014  Serial:9  Debit/Credit:C
Trancode:20  TransactionBranch:379

 

Account:█████0314 Sequence:99064370 Amount:$2,000.00 Date:08/18/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379

 

Account:3791011010 Sequence:99064380 Amount:$2,000.00 Date:08/18/2014 Serial:5 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: 0314 Sequence:99652210 Amount:$3,000.00 Date:08/29/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:99652220 Amount:$3,000.00 Date:08/29/2014 Serial:12 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: ██████0314 Sequence:95355070 Amount:$4,500.00 Date:09/05/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:95355080 Amount:$4,500.00 Date:09/05/2014 Serial:12 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account:▓▓▓▓▓0314 Sequence:92341000 Amount:$5,400.00 Date:09/12/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:92341010 Amount:$5,400.00 Date:09/12/2014 Serial:4 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: ____0314 Sequence:97735010 Amount:$5,400.00 Date:09/18/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:97735020 Amount:$5,400.00 Date:09/18/2014 Serial:4 Debit/Credit:C
Trancode:20 TransactionBranch:379




Account: ████0314 Sequence:94851440 Amount:$10,000.00 Date:10/20/2014 Serial:0 Debit/Credit:D
Trancode:89 TransactionBranch:379




Account:3791011010 Sequence:94851450 Amount:$10,000.00 Date:10/20/2014 Serial:4 Debit/Credit:C
Trancode:20 TransactionBranch:379



Account: ######6401 Sequence:12319310 Amount:$90,000.00 Date:01/08/2015 Serial:1002 Debit/Credit:D
Trancode:0 TransactionBranch:99




Account: ######6401 Sequence:15529550 Amount:$20,000.00 Date:01/30/2015 Serial:1003 Debit/Credit:D
Trancode:0 TransactionBranch:99

 

Account: ▮▮▮▮6401 Sequence:12319310 Amount:$90,000.00 Date:01/08/2015 Serial:1002 Debit/Credit:D
Trancode:0 TransactionBranch:99

 

Account: ▮▮▮▮6401 Sequence:15529550 Amount:$20,000.00 Date:01/30/2015 Serial:1003 Debit/Credit:D
Trancode:0 TransactionBranch:99