**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

---

**MINUTE ORDER**[1]

---

    This matter is before me on **Plaintiff Securities and Exchange Commission's Emergency Motion for an Order Granting an *Ex Parte* Asset Freeze, Temporary Restraining Order, and Other Emergency Relief** [#4],[2] filed February 12, 2015.  I granted the motion insofar as it sought an asset freeze and temporary restraining order, and set the matter for a preliminary injunction hearing on February 24, 2015.  (*See* **Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief and Setting Preliminary Injunction Hearing** [#10], filed February 12, 2015.)  I enter this order to commission additional briefing on the issues raised by and inherent to the SEC's motion.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#4]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      1.  That defendants **SHALL FILE** a response to the SEC's motion for preliminary injunction on or before **Thursday, February 19, 2015**; and

      2.  That the SEC **SHALL FILE** a reply to any response on or before 12:00 p.m. on **Monday, February 23, 2015**.

    Dated: February 17, 2015.