IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

        Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

        Relief Defendant.

---

**STIPULATED MOTION FOR ORDER FOR PRELIMINARY INJUNCTION,
ASSET FREEZE, AND OTHER EQUITABLE RELIEF
AS TO DEFENDANT JOHNSON**

---

Plaintiff United Stated Securities and Exchange Commission ("Commission" or "SEC") and Defendant Kristine L. Johnson, by and through counsel, hereby stipulate and agree to extend the temporary relief granted in this Court's Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief [#10], dated February 12, 2015, until a final adjudication on the merits. Therefore, the Commission and Defendant Johnson respectfully move the Court to enter the attached Order for

Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Johnson.

DATED: February 19, 2015

Respectfully submitted,

s/ Nicholas P. Heinke
Nicholas P. Heinke
Gregory A. Kasper
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1026 (Kasper)
HeinkeN@sec.gov
KasperG@sec.gov

s/ David A. Zisser
David A. Zisser, Esq.
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
(303) 892-7256
David.Zisser@dgslaw.com
Counsel for Defendant Kristine Louise Johnson

(Signed by Nicholas P. Heinke with permission of Mr. Zisser)

s/ Nicholas P. Heinke

## CERTIFICATE OF SERVICE

I certify that on February 19, 2015 a copy of the foregoing document was served via overnight mail and e-mail, upon the following:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora CO 80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO 80903

Troy Alex Barnes
14739 Parkview St
Riverview, MI 48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI 48185
workwithtroybarnes@gmail.com

Harvard Business Services, Inc.
Registered Agents for
Work With Troy Barnes, Inc.
16192 Coastal HWY
Lewes, DE 19958

Kristine Louise Johnson
14300 E. Marina Dr. #311
Aurora, CO 80014
kljh@dsl.pipex.com
kjinvest.kj@gmail.com

4

David A. Zisser, Esq.
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
(Counsel for Kristine Louise Johnson)

                                                  s/Marla J. Pinkston
                                                  Marla J. Pinkston