IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

      Relief Defendant.

---

## ENTRY OF APPEARANCE BY DAVID ZISSER ON BEHALF OF DEFENDANT KRISTINE L. JOHNSON

---

David A. Zisser of the law firm of Davis Graham & Stubbs LLP hereby enters his appearance on behalf of Defendant Kristine L. Johnson in the above-captioned matter.

3568031.1

Dated this 19th day of February, 2015.

        Respectfully submitted,

        s/ David A. Zisser

---

David A. Zisser
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
(303) 892-9400 - Main
(303) 892-7256 – Direct
(303) 893-1379 - Fax
Email: david.zisser@dgslaw.com

ATTORNEYS FOR DEFENDANT
KRISTINE L. JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2015, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT KRISTINE L. JOHNSON** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas P. Heinke
Gregory A. Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

<u>Via U.S. Mail or E-Mail to</u>:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO 80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO 80903

Troy Alex Barnes
14739 Parkview St.
Riverview, MI 48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI 48185
workwithtroybarnes@gmail.com

Harvard Business Services, Inc.
Registered Agents for Work With Troy Barnes, Inc.
16192 Coastal HWY
Lewes, DE 19958

                                                   s/ Bernadette Marquez
                                                   Bernadette Marquez