IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

_____

**RESPONSE OF DEFENDANT KRISTINE L. JOHNSON TO PARAGRAPH 5 OF THE FEBRUARY 12, 2015 ASSET FREEZE, TEMPORARY RESTRAINING ORDER, AND ORDER GRANTING OTHER EMERGENCY RELIEF AND SETTING PRELIMINARY INJUNCTION HEARING**
_____

Defendant Kristine L. Johnson, through her attorneys, Davis Graham & Stubbs LLP, responds as follows to Paragraph 5 of the February 12, 2015 Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief and Setting Preliminary Injunction Hearing (the "Order") as follows:

Paragraph 5 of the Court's February 12, 2015 Order requires Defendant Kristine L. Johnson, and others, to provide a sworn accounting of various matters relating to specified transactions and accounts at banks, financial institutions, or brokerage firms.

Ms. Johnson respectfully declines to provide the accounting required by the Court's Order for to do so would violate Ms. Johnson's privilege under the Fifth Amendment to the Constitution of the United States to not act as a witness against herself in any proceeding involving a fine, penalty, or forfeiture, which privilege Ms. Johnson now asserts.

Dated this 23rd day of February, 2015.

        Respectfully submitted,

         s/ David A. Zisser

        _____
        David A. Zisser
        DAVIS GRAHAM & STUBBS LLP
        1550 17th Street, Suite 500
        Denver, Colorado   80202
        (303) 892-9400 - Main
        (303) 892-7256 – Direct
        (303) 893-1379 - Fax
        Email: david.zisser@dgslaw.com

        ATTORNEYS FOR DEFENDANT
        KRISTINE L. JOHNSON

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of February, 2015, I electronically filed the foregoing **RESPONSE OF DEFENDANT KRISTINE L. JOHNSON TO PARAGRAPH 5 OF THE FEBRUARY 12, 2015 ASSET FREEZE, TEMPORARY RESTRAINING ORDER, AND ORDER GRANTING OTHER EMERGENCY RELIEF AND SETTING PRELIMINARY INJUNCTION HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas P. Heinke
Gregory A. Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961

<u>Via U.S. Mail or E-Mail to</u>:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO  80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO  80903

Troy Alex Barnes
14739 Parkview St.
Riverview, MI  48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI  48185
workwithtroybarnes@gmail.com

Harvard Business Services, Inc.
Registered Agents for Work With Troy Barnes, Inc.
16192 Coastal HWY
Lewes, DE  19958

                                              s/  Susan Tablack
                                          _____
                                              Susan Tablack