# EXHIBIT A

## Zisser, David

| | |
|---|---|
| **From:** | Heinke, Nicholas <HeinkeN@SEC.GOV> |
| **Sent:** | Monday, February 23, 2015 2:10 PM |
| **To:** | Zisser, David |
| **Cc:** | Kasper, Gregory |
| **Subject:** | RE: SEC v. Johnson - Tomorrow's Hearing |

David – thanks for getting back to me. I'll simply note that you object to the motion when I file today, and will leave it to you to communicate your position if there is any need for the motion to be considered (that is, if there is any need for testimony) tomorrow.

Nic

**From:** Zisser, David [mailto:David.Zisser@dgslaw.com]
**Sent:** Monday, February 23, 2015 1:06 PM
**To:** Heinke, Nicholas
**Cc:** Kasper, Gregory
**Subject:** RE: SEC v. Johnson - Tomorrow's Hearing

Nic,

Then I will object on behalf of Ms. Johnson. This is not a fruit of the poisonous tree situation; if you have a witness who you believe may say something helpful to your case against Ms. Johnson in the future, you will have time to get it in admissible form. But telephone testimony of an unidentified witness tomorrow deprives my client of a meaningful opportunity to cross-examine. Further, being able to testify from a location other than the courtroom lacks the formality and the presence of the fact finder, which can be a force for truth telling.

I was planning on attending the hearing, so you don't have to worry about communicating my position.


DAVID A. ZISSER   OF COUNSEL
P: 303.892.7256 ▪ F: 303.893.1379 ▪ C: 303.478.4533 ▪ vcard

**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

*This email message, and its attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

A LexMundi Member

**From:** Heinke, Nicholas [mailto:HeinkeN@SEC.GOV]
**Sent:** Monday, February 23, 2015 12:41 PM
**To:** Zisser, David
**Cc:** Kasper, Gregory
**Subject:** RE: SEC v. Johnson - Tomorrow's Hearing

David – I will inform the Court of your position. However, while it seems as though the issues as to Ms. Johnson are resolved (at least for purposes of tomorrow's hearing), we cannot agree to limit evidence against Ms. Johnson in the

1

event it becomes necessary to present or rely on such evidence in the future. Thus, we will ask that, in the unlikely event testimony is taken at tomorrow's hearing, it be considered for whatever purposes the Court deems necessary.

Feel free to call me if you wish to discuss further.

Thank you.
Nic

Nicholas P. Heinke
Senior Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071
HeinkeN@sec.gov

**From:** Zisser, David [mailto:David.Zisser@dgslaw.com]
**Sent:** Monday, February 23, 2015 11:44 AM
**To:** Heinke, Nicholas; 'megoldberg2003@yahoo.com'
**Subject:** RE: SEC v. Johnson - Tomorrow's Hearing

I will have no objection so long as it is clear on the record that the testimony will not be offered against Ms. Johnson, either on Tuesday or at a later time.

DAVID A. ZISSER   OF COUNSEL
P: 303.892.7256 • F: 303.893.1379 • C: 303.478.4533 • vcard

## Davis Graham & Stubbs LLP

1550 17th Street, Suite 500 • Denver, CO 80202

*This email message, and its attachment(s), is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

### A LexMundi Member

**From:** Heinke, Nicholas [mailto:HeinkeN@SEC.GOV]
**Sent:** Monday, February 23, 2015 9:55 AM
**To:** Zisser, David; megoldberg2003@yahoo.com
**Subject:** SEC v. Johnson - Tomorrow's Hearing

David/Marshall – I do not anticipate that either of the entity defendants, Work With Troy Barnes, Inc. or Achieve International, LLC, will appear at tomorrow's hearing. However, in the event that Judge Blackburn wants to receive any evidence concerning relief we are seeking against the entities, we do have a couple of potential witnesses who are not local. I plan to file a motion to allow these witnesses to appear by telephone, if their testimony is necessary at all. Please let me know as soon as possible if you would oppose such a motion.

Thank you.
Nic

Nicholas P. Heinke

Senior Trial Counsel
U.S. Securities & Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
(303) 844-1071
HeinkeN@sec.gov