### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:              February 24, 2015

Deputy Clerk:      Kathleen Finney
Court Reporter:    Tracy Weir

---

**Civil Action No.  15-cv-00299-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Nicholas Heinke  Gregory Kasper |
| Plaintiff, | |
| v. | |
| KRISTINE L. JOHNSON, TROY A. BARNES, and WORK WITH TROY BARNES INC., d/b/a The Achieve Community, | David Zisser  Pro Se |
| Defendants, and | |
| ACHIEVE INTERNATIONAL, LLC, | |
| Relief Defendant. | |

---

### COURTROOM MINUTES

**SHOW CAUSE HEARING**

**9:13 a.m.     Court in session.**

Appearances of counsel.  Seated at plaintiff's table is Jeffrey Felder, client representative.

Opening statements by the court.  The court purposely delayed the commencement of this hearing to provide the defendant, Work With Troy Barnes, and the relief defendant, Achieve International, LLC, an opportunity to appear and participate.  Neither defendant, Work With Troy Barnes, Inc., nor the relief defendant, Achieve International, LLC, appeared for these proceedings.

The matter is before the court on the court's **Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief and Setting Preliminary Injunction Hearing** [#10] entered February 12, 2015.

Argument by Mr. Heinke.

Court finds the record is complete and takes this matter under advisement and will enter a written order as soon as practicable.

**9:24 a.m.     Court in recess.**

Total time in court:   00:11

Hearing concluded**.**