Attn:// United States District Court For The District of Colorado
Case 1:15-cv-00299-REB Document 6-2 Filed 02/12/15 USDC Co
I am an Investor with the Achieve Community
Name Arla Mendenhall
601 E Saint Andrews Dr
Shelton, Wa 98584
206-334-3301

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2015

JEFFREY P. COLWELL
CLERK

I am enclosing my documents
1. Purchases Totaling $8450.00
2. Earnings Totaling $6,000
   $2700.00 not paid as shown on Earnings Statement
   $2000.00 Re-invested in the Business
   $3200.00 Re-invested in the Business
   $800.00 In Withdrawals
3. My Profile With The Business
4. My Tax Statement with the Company for 2014
   The Earnings Showing on my 1099 Tax statement From Troy Barnes
   is showing as $6,000.00
   I only withdrew $800.00 and the Rest $5200.00 was re-invested in
   the business although I had to pay $6,000.00 in Taxes.

I would appreciate Getting Reinbursed for my losses with this Business
I had no knowledge of anything illegal when I joined this Business
Thank You
Arla Mendenhall

*Arla Mendenhall*
arlaprosperity@gmail.com



Arla Mendenhall <arlaprosperity@gmail.com>

---

## Achieve Purchases
1 message

**Arla Mendenhall** <arlaprosperity@gmail.com>  Sat, Feb 21, 2015 at 12:06 PM
To: Arla Mendenhall <arlaprosperity@gmail.com>



--



Sincerely,
**Arla Marie Mendenhall**
206-334-3301



Arla Mendenhall <arlaprosperity@gmail.com>

## Court case

1 message

**Arla Mendenhall** <arlaprosperity@gmail.com>　　　　　　　　　　Sat, Feb 21, 2015 at 11:38 AM
To: Arla Mendenhall <arlaprosperity@gmail.com>



--



Sincerely,
Arla Marie Mendenhall
206-334-3301



Arla Mendenhall <arlaprosperity@gmail.com>

## Achieve Personal Profile
1 message

**Arla Mendenhall** <arlaprosperity@gmail.com>   Sat, Feb 21, 2015 at 11:41 AM
To: Arla Mendenhall <arlaprosperity@gmail.com>



—





Sincerely,
Arla Marie Mendenhall
206-334-3301



Arla Mendenhall <arlaprosperity@gmail.com>

## Achieve Work With Troy Barnes
1 message

**Arla Mendenhall** <arlaprosperity@gmail.com>   Sat, Feb 21, 2015 at 11:43 AM
To: Arla Mendenhall <arlaprosperity@gmail.com>



—



Sincerely,
Arla Marie Mendenhall
206-334-3301

| | ☐ CORRECTED (if checked) | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>WORK WITH TROY BARNES INC<br>14739 PARKVIEW ST<br>RIVERVIEW, MI 48193 | 1 Rents<br>$ | OMB No. 1545-0115<br><br>**2014**<br><br>Form **1099-MISC** | Miscellaneous Income |
| | 2 Royalties<br>$ | | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Copy B<br>For Recipient |
| PAYER'S federal identification number<br>46-5204144 | RECIPIENT'S identification number<br>-3759 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, street address, city, state, country and ZIP code<br><br>ARLA MENDENHALL<br>601 E SAINT ANDREWS DR<br>SHELTON, WA 98584 | 7 Nonemployee compensation<br>$ 6000.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| Account number (see instructions) | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no.<br> <br>  | 18 State income<br>$<br>$ |

Form 1099-MISC           (keep for your records)          Department of the Treasury - Internal Revenue Service