IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

      Relief Defendant.

_____

PARTIES' SEALED JOINT MOTION FOR AUTHORITY TO TRANSFER FUNDS
SUBJECT TO PRELIMINARY INJUNCTION
_____

      Defendant Kristine L. Johnson, through her attorneys, Davis Graham & Stubbs LLP, and Plaintiff United States Securities and Exchange Commission, through their attorneys, respectfully move the Court for an Order authorizing defendant Kristine L. Johnson to transfer certain funds believed to be subject to the Court's Preliminary Injunction entered in this matter on February 23, 2015. As grounds, the parties submit the following:

      1.    On February 23, 2015, the Court entered a Preliminary Injunction in this case. The Preliminary Injunction specifically forbids Defendant Johnson or her attorneys from "accepting, taking control of, or depositing in any financial institution, funds from

investors." Doc. 22 at 5, filed February 23, 2015. The Injunction froze "[t]he assets, funds or other property of Defendant Kristine L. Johnson, where located, which derive, directly or indirectly, from any investor funds obtained by or on behalf of the Defendants or Relief Defendant in connection with the scheme alleged in the SEC's Complaint." *Id.*

2. Contemporaneously with the civil proceedings in this case, Ms. Johnson is a target of a federal criminal investigation by the United States Attorney's Office for the Western District of North Carolina.

3. On the afternoon of Friday, February 27, 2015, the criminal authorities approached Ms. Johnson's attorneys about the possibility of Ms. Johnson voluntarily transferring funds associated with both the on-going criminal and civil investigations from an "ipayDNA.info" processing account used by the Achieve Community that is still within her control. The account is believed to be located in Hong Kong and, as such, creates obstacles for reach by authorities with search and seizure powers. As of February 26, 2015, this account was believed to have funds in amounts in excess of $800,000 in United States currency.

4. Because the account allegedly includes funds "which derive, directly or indirectly, from any investor funds obtain by or on behalf of Defendants," counsel for Ms. Johnson believes that Ms. Johnson cannot execute the voluntary transfer of funds from the ipayDNA.info processing account without violating the Preliminary Injunction entered in this case. The Plaintiff agrees with this concern of Ms. Johnson.

5. In order to assist the authorities' efforts to freeze and possibly seize a substantial amount of United States currency, Ms. Johnson, jointly with the United States Securities and Exchange Commission, requests that the Court relax the

preliminary injunction issued in this case, on a one time basis, to permit the funds transfer from the "ipayDNA.info" account, to which she has access, to a pre-arranged bank account located in the United States, such that authorities will be able to freeze and potentially seize the funds as part of their on-going criminal investigation. The parties are presently in the process of locating or creating such a pre-arranged account. Ms. Johnson shall not execute the transfer of funds from the ipayDNA account until such account has been established, and she has received the express written permission of undersigned counsel for the Securities and Exchange Commission to transfer the funds.

Dated:  February 27, 2015

Respectfully submitted,

s/  Jason D. Schall

_____
Jason D. Schall
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado   80202
(303) 892-9400 - Main
(303) 892-7462 – Direct
(303) 893-1379 - Fax
E-mail: jason.schall@dgslaw.com

ATTORNEYS FOR DEFENDANT
KRISTINE L. JOHNSON

s/ Nicholas P. Heinke

Nicholas P. Heinke
Gregory A. Kasper
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

(303) 844-1071 (Heinke)
(303) 844-1026 (Kasper)
HeinkeN@sec.gov
KasperG@sec.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015 I electronically filed the foregoing Joint Motion for Authority to Transfer Funds Subject to Preliminary Injunction using the CM/ECF system which will send notification of such filing to the following:

Nicolas Heinke and Gregory Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

s/ Jason D. Schall
_____
Jason D. Schall