IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

_____

PARTIES' JOINT MOTION TO SEAL
_____

    Pursuant to D.C.Colo.LCivR 7.2, Defendant Kristine Johnson and Plaintiff United States Securities and Exchange Commission (SEC) jointly submit this Motion to Seal the parties' Joint Motion for Authority to Transfer Funds. The parties submit the following in support of this Joint Motion to Seal

    1.    Because of the nature of the proceedings referenced in the parties Joint Motion for Authority, the parties' interests, as well as that of other entities not party to the motion, at this time substantially outweighs the public's interest in open

3568808.1

proceedings. If not sealed, it is possible that the relief sought by the parties' Joint Motion could be stymied by adverse interests.

2. Defendant Kristine Johnson and the SEC respectfully request that the Joint Motion and any subsequent order be restricted only to the filing parties - Defendant Johnson and the SEC – and the Court. Specifically, the parties request that Defendants Troy Barnes and Work With Troy Barnes, Inc., not have access.

### Certification Pursuant to D.C.COLO.LCivR 7.1(A)

On February 27, 2015, undersigned counsel for both Ms. Johnson and the SEC conferred via teleconference and related e-mail, and agreed to jointly request the Court file the parties' Joint Motion for Authority to Transfer Funds and any subsequent order under seal.

Dated this 27th day of February, 2015.

        Respectfully submitted,

        s/ Jason D. Schall
        _____
        Jason D. Schall
        DAVIS GRAHAM & STUBBS LLP
        1550 17th Street, Suite 500
        Denver, Colorado   80202
        (303) 892-9400 - Main
        (303) 892-7462 – Direct
        (303) 893-1379 - Fax
        E-mail: jason.schall@dgslaw.com

        ATTORNEYS FOR DEFENDANT
        KRISTINE L. JOHNSON

s/ Nicholas P. Heinke
Nicholas P. Heinke
Gregory A. Kasper
Attorneys for Plaintiff
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1026 (Kasper)
HeinkeN@sec.gov
KasperG@sec.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015 I electronically filed the foregoing Joint Motion for Authority to Transfer Funds Subject to Preliminary Injunction using the CM/ECF system which will send notification of such filing to the following:

Nicolas Heinke and Gregory Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961

s/ Jason D. Schall
_____
Jason D. Schall