IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

      Relief Defendant.

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTE:

      David A. Zisser, counsel for Defendant Kristine Johnson has changed his law firm affiliation and contact information to the following:

> David A. Zisser
> Jones & Keller, P.C.
> 1999 Broadway, Suite 3150
> Denver, CO 80202
> 303-573-1600 (telephone)
> 303-573-8133 (fax)
> dzisser@joneskeller.com

Respectfully submitted this 21st day of April, 2015.

                                         s/David A. Zisser
                                         David A. Zisser
                                         JONES & KELLER
                                         1999 Broadway, Suite 3150
                                         Denver, Colorado 80202
                                         Telephone: (303) 573-1600
                                         Facsimile: (303) 573-8133
                                         Email:  dzisser@joneskeller.com

                                         *Attorney for Defendant Kristine Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2015, I caused to be electronically filed the foregoing NOTICE OF COUNSEL'S CHANGE OF ADDRESS AND CONTACT INFORMATION with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Nicholas P. Heinke
Gregory A. Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961

Chad Williams
Jason Schall
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202

<u>Via U.S. Mail or E-Mail to</u>:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO  80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO  80903

Troy Alex Barnes
14739 Parkview St.
Riverview, MI  48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI  48185
workwithtroybarnes@gmail.com

                                                       s/ Tammy Harris_____
                                                       Tammy Harris