**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

      Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

      Relief Defendant.

## ANSWER OF DEFENDANT KRISTINE L. JOHNSON

Defendant Kristine L. Johnson, through her attorneys, Jones & Keller, P.C., submits her

Answer to the Complaint as follows:

## Preliminary Statement

Defendant Johnson has been advised that she is a target of a Federal criminal

investigation encompassing the matters alleged in the Complaint.

## Response to Allegations

1.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to

not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

{JK00691805.1 }

2.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

3.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

4.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

5.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

6.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

7.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

8.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

9.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

10.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

11.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

12.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

13.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

14.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

15.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

16.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

17.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

18.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

19.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

20.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

21.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

22.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

23.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

24.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

25.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

26.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

27.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

28.      Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

29.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

30.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

31.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

32.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

33.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

34.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

35.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

36.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

37.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

38.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

39.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

40.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

41.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

42.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

43.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

44.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

45.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

46.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

47.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

48.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

49.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

50.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

51.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

52.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

53.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

54.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

55.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

56.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

57.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

58.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

59.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

60.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

61.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

62.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

63.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

64.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

65.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

66.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

67.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

68.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

69.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

70.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

71.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

72.     Ms. Johnson declines to answer in the exercise of her Constitutional privilege to not act as a witness against herself in a matter involving a possible fine, penalty, or forfeiture.

Respectfully submitted this 1st day of June, 2015.

s/David A. Zisser
David A. Zisser
JONES & KELLER
1999 Broadway, Suite 3150
Denver, Colorado 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
Email:  dzisser@joneskeller.com

*Attorney for Defendant Kristine Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2015, I caused to be electronically filed the foregoing ANSWER OF KRISTINE L. JOHNSON with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Nicholas P. Heinke
Gregory A. Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961

Via U.S. Mail or E-Mail to:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO  80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO  80903

Troy Alex Barnes
14739 Parkview St.
Riverview, MI  48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI  48185
workwithtroybarnes@gmail.com

s/ Tammy Harris_____
Tammy Harris