FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2015

JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

vs.

KRISTINE L. JOHNSON,
TROY BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY)

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC.,

    Relief Defendant.

---

**ANSWER OF DEFENDANT TROY A. BARNES**

---

Now comes Defendant, Troy A. Barnes, and states the following as an answer to the Plaintiff's complaint:

1. Defendant asserts his Fifth Amendment rights in answering this allegation.
2. Defendant asserts his Fifth Amendment rights in answering this allegation.
3. Defendant asserts his Fifth Amendment rights in answering this allegation.
4. Defendant asserts his Fifth Amendment rights in answering this allegation.
5. Defendant asserts his Fifth Amendment rights in answering this allegation.
6. Defendant asserts his Fifth Amendment rights in answering this allegation.
7. Defendant asserts his Fifth Amendment rights in answering this allegation.
8. Defendant asserts his Fifth Amendment rights in answering this allegation.

9. Defendant asserts his Fifth Amendment rights in answering this allegation.

10. Defendant asserts his Fifth Amendment rights in answering this allegation.

11. Defendant asserts his Fifth Amendment rights in answering this allegation.

12. Defendant asserts his Fifth Amendment rights in answering this allegation.

13. Defendant asserts his Fifth Amendment rights in answering this allegation.

14. Defendant asserts his Fifth Amendment rights in answering this allegation.

15. Defendant asserts his Fifth Amendment rights in answering this allegation.

16. Defendant asserts his Fifth Amendment rights in answering this allegation.

17. Defendant asserts his Fifth Amendment rights in answering this allegation.

18. Defendant asserts his Fifth Amendment rights in answering this allegation.

19. Defendant asserts his Fifth Amendment rights in answering this allegation.

20. Defendant asserts his Fifth Amendment rights in answering this allegation.

21. Defendant asserts his Fifth Amendment rights in answering this allegation.

22. Defendant asserts his Fifth Amendment rights in answering this allegation.

23. Defendant asserts his Fifth Amendment rights in answering this allegation.

24. Defendant asserts his Fifth Amendment rights in answering this allegation.

25. Defendant asserts his Fifth Amendment rights in answering this allegation.

26. Defendant asserts his Fifth Amendment rights in answering this allegation.

27. Defendant asserts his Fifth Amendment rights in answering this allegation.

28. Defendant asserts his Fifth Amendment rights in answering this allegation.

29. Defendant asserts his Fifth Amendment rights in answering this allegation.

30. Defendant asserts his Fifth Amendment rights in answering this allegation.

31. Defendant asserts his Fifth Amendment rights in answering this allegation.

32. Defendant asserts his Fifth Amendment rights in answering this allegation.

33. Defendant asserts his Fifth Amendment rights in answering this allegation.

34. Defendant asserts his Fifth Amendment rights in answering this allegation.

35. Defendant asserts his Fifth Amendment rights in answering this allegation.

36. Defendant asserts his Fifth Amendment rights in answering this allegation.

37. Defendant asserts his Fifth Amendment rights in answering this allegation.

38. Defendant asserts his Fifth Amendment rights in answering this allegation.

39. Defendant asserts his Fifth Amendment rights in answering this allegation.

40. Defendant asserts his Fifth Amendment rights in answering this allegation.

41. Defendant asserts his Fifth Amendment rights in answering this allegation.

42. Defendant asserts his Fifth Amendment rights in answering this allegation.

43. Defendant asserts his Fifth Amendment rights in answering this allegation.

44. Defendant asserts his Fifth Amendment rights in answering this allegation.

45. Defendant asserts his Fifth Amendment rights in answering this allegation.

46. Defendant asserts his Fifth Amendment rights in answering this allegation.

47. Defendant asserts his Fifth Amendment rights in answering this allegation.

48. Defendant asserts his Fifth Amendment rights in answering this allegation.

49. Defendant asserts his Fifth Amendment rights in answering this allegation.

50. Defendant asserts his Fifth Amendment rights in answering this allegation.

51. Defendant asserts his Fifth Amendment rights in answering this allegation.

52. Defendant asserts his Fifth Amendment rights in answering this allegation.

53. Defendant asserts his Fifth Amendment rights in answering this allegation.

54. Defendant asserts his Fifth Amendment rights in answering this allegation.

55. Defendant asserts his Fifth Amendment rights in answering this allegation.

56. Defendant asserts his Fifth Amendment rights in answering this allegation.

57. Defendant asserts his Fifth Amendment rights in answering this allegation.

58. Defendant asserts his Fifth Amendment rights in answering this allegation.

59. Defendant asserts his Fifth Amendment rights in answering this allegation.

60. Defendant asserts his Fifth Amendment rights in answering this allegation.

61. Defendant asserts his Fifth Amendment rights in answering this allegation.

62. Defendant asserts his Fifth Amendment rights in answering this allegation.

63. Defendant asserts his Fifth Amendment rights in answering this allegation.

64. Defendant asserts his Fifth Amendment rights in answering this allegation.

## CERTIFICATE OF SERVICE

I, Troy Barnes, hereby certify that a true and correct copy of the above and foregoing was sent via __U.S. Mail__ to the Clerk of the U.S. District Court of Colorado on __May 27__ 2015.

s/ Troy Barnes
14739 Parkview Street
Riverview, MI 48193
(734) 991-5284
worthwithtroybarnes@gmail.com