IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-00299-REB-CBS          Date: June 3, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

UNITED STATES SECURITIES AND              Nicholas Heinke
EXCHANGE COMMISSION,

Plaintiff,

v.

KRISTINE L. JOHNSON, *et al.,*            David Zisser

Defendant,

ARLA MENDENHALL,                          *Pro se* (by phone)

Interested Party.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session: 11:11 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Ms. Mendenhall's interest in this case.  Ms. Mendenhall is not a named
party in this case.  Ms. Mendenhall intends to file a motion to join the case as a named Plaintiff.
Mr. Heinke states the corporate defendants have been served.  No one has entered an appearance
on their behalf and they may not proceed *pro se.*

**ORDERED:**   An Order to Show Cause will be issued on behalf of Work With Troy Barnes Inc
and Achieve International LLC as to why default judgment should not be entered
against them as they are not represented by counsel.

*Pro se* defendant Troy Barnes was ordered to appear by phone for this hearing and did not.
Discussion regarding an on-going criminal investigation with Mr. Barnes related to this case.

**ORDERED:**   An Order to Show Cause will be issued on behalf of Mr. Barnes as to why he
should not be held in contempt for failure to comply with a court order.

A further Telephone Status Conference is set for **July 7, 2015 at 8:00 a.m. (Mountain Time).** Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Discovery is **STAYED** pending the Status Conference on July 7, 2015.

Hearing Concluded.

**Court in recess: 11:50 a.m.**
Time in court: 00:39

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.