IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action: 15-cv-00299-REB-CBS

-----

Arla Mendenhall files this motion to be joined in this case as a Plaintiff. In support of the following:
I received a 1099 tax form from Troy Barnes which stated Earnings for a sum of $6,000.00 of which I only received $800.00 deposited in my bank account. The rest,$5200.00 was reinvested into The Achieve Community. I paid income tax on said $6,000.00 for the tax year of 2014 in order to comply with Federal Laws. So I wish to be reimbursed $5200.00
Another amount of $2700 was due to be paid to me in 2015 but the funds were frozen and there was declared misconduct on the part of Troy Barnes and Kristi Johnson.
I would like to be reimbursed for losses also totaling $2700.00 in this business in 2015.
The Total Amount Comes out to $7,900.00 in losses which I am asking to recover.
I have sent in my documents showing proof,concerning these transactions to the court previously.

-----

6-11-2015
Respectfully Submitted,
*Arla Mendenhall*
Arla Mendenhall
601 E Saint Andrews Dr
Shelton,Wa 98584
Home Phone 360-432-9719
Cell Phone 206-334-3301
Email arlaofficespace@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 5 2015

JEFFREY P. COLWELL
CLERK