15-cv-299 REB

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 26 2015

JEFFREY P. COLWELL
CLERK

Dear Judge Shaffer,

I meant no disrespect for you or the court's by not being on the call on June 3rd.
I have a 13 year old boy that has been in the hospital since May 4th. He has Aspergers Syndrom and Moyamoya disease. He had 2 brain surgeries 3 year's ago and suffers mentaly from it.

I dont have councel and cant afford it. I would like to explain that I am Guilty of being ignorent in this case. Please I want to do whats right it hard to do anything when you don't understand anything of the law and have no councel.

Thank you and I will do everything I can to move forward in helping this case. I would prove that I am very guilty of being ignorent but still I want to do the right thing.

Thanks

Troy Barnes

Troy Barnes

6-22-2015