**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00299-REB-CBS

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

---

**JOINDER OF DEFENDANT KRISTINE L. JOHNSON IN THE
PLAINTIFF'S OPPOSITION TO ARLA MENDENHALL'S
MOTION TO BE JOINED AS A PLAINTIFF**

---

Kristine L. Johnson, through her attorneys, Jones & Keller, P.C., joins in the Plaintiff's Opposition to Arla Mendenhall's Motion to be Joined as a Plaintiff, for the reasons stated therein.

Respectfully submitted this 2nd day of July, 2015.

                        s/David A. Zisser
                        David A. Zisser
                        JONES & KELLER
                        1999 Broadway, Suite 3150
                        Denver, Colorado 80202
                        Telephone: (303) 573-1600
                        Facsimile: (303) 573-8133
                        Email:  dzisser@joneskeller.com
                        *Attorney for Defendant Kristine Johnson*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 2nd day of July, 2015, I caused to be electronically filed the foregoing JOINDER OF DEFENDANT KRISTINE L. JOHNSON IN THE PLAINTIFF'S OPPOSITION TO ARLA MENDENHALL'S MOTION TO BE JOINED AS A PLAINTIFF with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Nicholas P. Heinke
Gregory A. Kasper
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO  80294-1961


<u>Via U.S. Mail or E-Mail to</u>:

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO  80014

United States Corporation Agents, Inc.
Registered Agents for Achieve International, LLC
2 North Cascade, Suite 1100
Colorado Springs, CO  80903

Troy Alex Barnes
14739 Parkview St.
Riverview, MI  48193
Troybarnes53@gmail.com

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI  48185
workwithtroybarnes@gmail.com

                                              s/_Tammy Harris_____
                                              Tammy Harris