IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00299-REB-CBS | Date: July 7, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

UNITED STATES SECURITIES AND           Nicholas Heinke
EXCHANGE COMMISSION,

Plaintiff,

v.

KRISTINE L. JOHNSON, *et al.,*           David Zisser
                                                                 Troy Barnes *Pro se*

Defendant,

ARLA MENDENHALL,           *Pro se*

Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 08:06 a.m.**
Court calls case. Appearances of counsel.

An attorney has not entered an appearance on behalf of Work With Troy Barnes Inc. and Achieve International LLC. The court will recommend default judgment be entered on behalf of these defendants.

Discussion regarding the Order to Show Cause issued to Troy Barnes.

**ORDERED:** The Order to Show Cause issued to Troy Barnes [doc. 47] is DISCHARGED. The court reminds Mr. Barnes that he shall be present, either in person or by phone, for each and every time this case is on the docket.

Discussion regarding *MOTION [45] for Joinder*.

**ORDERED:** Ms. Mendenhall shall file a reply to *MOTION [45] for Joinder* by **July 15, 2015.**

**ORDERED:** Parties shall file a proposed Scheduling Order by **July 31, 2015.** A Telephonic Scheduling Conference is set for **August 20, 2015 at 1:30 p.m. (Mountain Time).** Parties participating in the hearing **MUST** initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Hearing Concluded.

**Court in recess: 08:22 a.m.**
Time in court: 00:16

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.