IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2015

JEFFREY P. COLWELL
CLERK

Civil Action 15-cv00299-REB-CBS

---

Arla Mendenhall respectfully Replies to Motion To Be Joined As a Plaintiff.
In reply to these statements:
That this could have the effect of placing my interests before the interest of other similarly-defrauded investers. Also the statement intervention by and individual investor in an action where the SEC is suing to protect all investors is inappropriate.
My Reply:
The myriad of investors have already received their initial funds back that they have invested. It is public knowledge that they have received chargebacks from their Credit Card Companies by contacting them of this situation. Many have also recived their initial money invested thru their banks.
I have done neither, I have not received a chargeback from my Credit Card Company or gone thru my bank and received and money due to fraudulant activity. I chose to go thru the court system. If I am not allowed to do that, I will suffer a great deal of loss which will create a hardship. While also suffering loss from investments. I have paid a large amount of Income tax on my return when I had received a 1099 tax form from Work With Troy Barnes LLC. While not receiving the income that I have paid on.

I appreceiate the SEC looking into helping investors receive their investments back but when just about all have already done chargebacks and bank refunds I do not see the neccessity. Anyone that has not should have contacted the Court already. I also see that much of the money will have to go to others that are now involved in this case to compensate for their time and work on this.

I have sent in documents to the Court with my Investments documented and the losses in this business. I hope that This can be resolved in a timely manner and not take too much more of the Courts time when this could be handled in a much easier and timely manner

Respectfully Submitted,

**Arla Mendenhall**

*Arla Mendenhall* 7-12-2015

**Arla Mendenhall**
**601 E Saint Andrews Dr**
**Shelton, Wa 98584**
**Home Phone 360-432-9719**
**Cell Phone 206-334-3301**
**Email arlaofficespace@gmail.com**