IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-00299-REB-CBS               Date: August 20, 2015
Courtroom Deputy: Amanda Montoya               FTR – Reporter Deck-Courtroom A402

*Parties:*                                     *Counsel:*

UNITED STATES SECURITES AND                    Nicholas Heinke
EXCHANGE COMMISSION,                           Jeff Felder

Plaintiff,

v.

KRISTINE L. JOHNSON, *et al.,*                 David Zisser
                                               Troy Barnes *Pro se*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:33 p.m.**
Court calls case.  Appearances of counsel.

Mr. Barnes did not participate in preparing the proposed scheduling order.  Mr. Barnes is advised that he needs to participate in good faith with parties and counsel involved in this case in the future.

Discussion regarding the status of the criminal case.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Joinder of Parties/Amendment to Pleadings: **October 5, 2015**
Fact Discovery Cut-off: **May 20, 2016**
Expert Discovery Cut-off: **August 19, 2016**
Dispositive Motions Deadline: **August 19, 2016**
Parties shall designate affirmative experts **on or before: June 20, 2016**
Parties shall designate rebuttal experts **on or before: July 22, 2016**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

Judge Blackburn has set a Trial Preparation and Final Pretrial Conference for November 18, 2016 at 1:30 p.m. and a seven day jury trial to begin on December 5, 2016 at 8:30 a.m. (written order to issue).

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 01:46 p.m.**
Total time in court:    00:13

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.