# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

## ORDER GRANTING PARTIES' JOINT MOTION FOR LIMITED RELIEF
## FROM ASSET FREEZE

**Blackburn, J.**

The matter before me is **Plaintiff and Defendant Johnson's Joint Motion for Limited Relief from Asset Freeze** [#61],[1] filed August 20, 2015. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff and Defendant Johnson's Joint Motion for Limited Relief from Asset Freeze** is granted;

---

[1] "[#61]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the provisions relating to asset freezes contained in the following orders are amended for the limited purpose of allowing the sale of Ms. Johnson's vehicle, with one hundred percent of the proceeds to be immediately deposited for safekeeping in the trust account of Ms. Johnson's criminal attorney:

a. **Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief and Setting Preliminary Injunction Hearing** [#10], filed February 12, 2015;

b. **Order for Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Barnes** [#17], filed February 23, 2015;

c. **Order for Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Johnson** [#22], filed February 23, 2015;

d. **Order Granting Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Work With Troy Barnes, Inc.** [#25], filed February 24, 2015; and

e. **Order Granting Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Achieve International, LLC** [#26], filed February 24, 2015;

3. That in all other respects, the orders listed in paragraph 2 above are not altered in any way and remain in full force and effect.

Dated August 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge