**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

**ORDER GRANTING PLAINTIFF AND DEFENDANT JOHNSON'S
JOINT MOTION FOR LIMITED RELIEF FROM ASSET FREEZE
TO EFFECT CONSENT ORDER AND JUDGMENT OF FORFEITURE**

**Blackburn, J.**

The matter before me is **Plaintiff and Defendant Johnson's Joint Motion for Limited Relief From Asset Freeze To Effect Consent Order and Judgment of Forfeiture** [#66],[1] filed November 12, 2015. After careful review of the motion and the file, I conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That **Plaintiff and Defendant Johnson's <u>Joint Motion</u> for Limited Relief From Asset Freeze To Effect Consent Order and Judgment of Forfeiture** [#66], filed November 12, 2015, is granted;

2. That the following Orders (collectively defined as the "Asset Freeze Orders"), have set forth provisions relating to the asset freezes in this matter:

   a. **Asset Freeze, Temporary Restraining Order, and Order Granting Other Emergency Relief and Setting Preliminary Injunction Hearing** [#10], filed February 12, 2015;

   b. **Order for Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Barnes** [#17], filed February 23, 2015;

   c. **Order for Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Johnson** [#22], filed February 23, 2015;

   d. **Order Granting Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Work With Troy Barnes, Inc.** [#25], filed February 24, 2015; and

   e. **Order Granting Preliminary Injunction, Asset Freeze, and Other Equitable Relief as to Defendant Achieve International, LLC** [#26], filed February 24, 2015;

3. That the asset freeze set forth in the Asset Freeze Orders listed in paragraph 2 above is amended for the limited purpose of effecting the Consent Order and Judgment of Forfeiture in *United States v. Johnson*, 15-cr-158 (W.D.N.C.), and

allowing the assets described in that Order to be forfeited to the United States;

4. That the asset freeze set forth in the Asset Freeze Orders listed in paragraph 2 above is further amended for the limited purpose of allowing Ms. Johnson to forfeit the assets in her Individual Retirement Account held at Scottrade, with one hundred percent (100%) of the proceeds of that account to be directly and immediately deposited for safekeeping in the trust account of Ms. Johnson's criminal attorney;

5. That this Order is contingent on, and not effective until, the United States District Court for the Western District of North Carolina enters the Consent Order and Judgment of Forfeiture in *United States v. Johnson*, 15-cr-158 (W.D.N.C.); and

6. That, except as provided in this Order, the Asset Freeze Orders are not altered in any way and remain in full force and effect.

Dated November 13, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge