**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

      Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

      Relief Defendant.

---

**ORDER GRANTING JOINT MOTION TO VACATE TRIAL DATE
AND ADMINISTRATIVELY CLOSING CASE**

---

**Blackburn, J.**

The matter before the court is the parties' **Joint Motion To Vacate Trial Date**

[#75],[1] filed April 18, 2016.  After careful review of the motion and the file, I conclude the

motion should be granted.  Moreover, given the reasons necessitating a vacatur of the

trial, I find it appropriate to administratively close this case.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Joint Motion To Vacate Trial Date** [#75], filed April 18, 2016, is

granted;

---

[1] "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2.  That the jury trial set to commence December 5, 2016, is vacated and continued without date, pending further order of the court;

3.  That the combined Final Pretrial Conference/Trial Preparation Conference set November 18, 2016, is vacated and continued without date, pending further order of the court;

4.  That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

5.  That the clerk of the court is directed to close this civil action administratively, subject to reopening for good cause.

Dated April 20, 2016 at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge