IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.
_____

PLAINTIFF'S MOTION TO DISMISS DEFENDANT WORK WITH TROY BARNES AND
RELIEF DEFENDANT ACHIEVE INTERNATIONAL
_____

Plaintiff United States Securities and Exchange Commission (the "Commission"), through its attorneys, respectfully move the Court for an order dismissing defendant Work With Troy Barnes, Inc. ("WWTB") and Relief Defendant Achieve International, LLC ("Achieve").

D.C.Colo.LCivR 7.1(a) Certification: Defendant WWTB and Relief Defendant Achieve have been properly served in this matter and have, thus far, failed to appear and defend. Accordingly, it was not possible to confer with Defendant WWTB or Relief

Defendant Achieve regarding the request for their dismissal because there is no representative with whom counsel could confer.

In support of this motion, the Plaintiff states as follows:

1. Defendant WWTB and Relief Defendant Achieve have been properly served in this matter and have, thus far, failed to appear and defend.

2. Based on the Commission's reasonable diligence, Defendant WWTB and Relief Defendant Achieve appear to be defunct and have no known assets.

3. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), the Commission respectfully moves the Court to dismiss Defendant WWTP and Relief Defendant Achieve.

WHEREFORE, the Commission respectfully moves the Court to dismiss Defendant WWTB and Relief Defendant Achieve.

Dated:  May 2, 2019

Respectfully submitted,

*s/ Nicholas P. Heinke*
Nicholas P. Heinke
Gregory A. Kasper
Jeffrey D. Felder
U.S. Securities and Exchange Commission
1961 Stout Street, Suite 1700
Denver, CO 80294-1961
(303) 844-1071 (Heinke)
(303) 844-1026 (Kasper)
HeinkeN@sec.gov
KasperG@sec.gov

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2019, I electronically filed the foregoing PLAINTIFF'S MOTION TO DISMISS DEFENDANT WORK WITH TROY BARNES AND RELIEF DEFENDANT ACHIEVE INTERNATIONAL, using the CM/ECF system, which will send notification of such filing to the following:

David A. Zisser
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
303-573-1600 (telephone)
303-573-8133 (fax)
dzisser@joneskeller.com

    I hereby further certify that on May 2, 2019, served the foregoing PLAINTIFF'S MOTION TO DISMISS DEFENDANT WORK WITH TROY BARNES AND RELIEF DEFENDANT ACHIEVE INTERNATIONAL, via U.S. Mail and/or E-Mail to:

Troy Alex Barnes
14739 Parkview St.
Riverview, MI 48193
Troybarnes53@gmail.com

Achieve International, LLC
14300 E. Marina Dr. #311
Aurora, CO 80014

Work with Troy Barnes, Inc.
33115 Warren Road
Building 2, Suite 211
Westland, MI 48185
workwithtroybarnes@gmail.com

                                              *s/ Nicholas P. Heinke*
                                              Nicholas P. Heinke