**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00299-REB-CBS

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KRISTINE L. JOHNSON,
TROY A. BARNES, and
WORK WITH TROY BARNES, INC. (d/b/a THE ACHIEVE COMMUNITY),

    Defendants,

and

    ACHIEVE INTERNATIONAL, LLC,

    Relief Defendant.

## ORDER GRANTING MOTION TO DISMISS PARTY DEFENDANTS

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Dismiss Defendant Work With Troy Barnes and Relief Defendant Achieve International** [#80],[1] filed May 2, 2019. Having reviewed the motion and the file, I find the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Dismiss Defendant Work With Troy Barnes and Relief Defendant Achieve International** [#80], filed May 2, 2019, is granted;

---

[1] "[#80]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That pursuant to Fed. R. Civ. P. 41(a)(2), the claims of the plaintiff against defendant, Work With Troy Barnes, Inc. (d/b/a The Achieve Community), and relief defendant, Achieve International, LLC, are dismissed; and

3.  That defendant, Work With Troy Barnes, Inc. (d/b/a The Achieve Community), and relief defendant, Achieve International, LLC, are dropped as named parties to this action, and the case caption amended accordingly.

Dated May 6, 2019, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge